# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**07-60534** CIV-DIMITROULEAS

MAGISTRATE JUDGE
SELTZER

HOWARD K. STERN, )
                    )       Civil Action
     Plaintiff, )       File No. _____
                    )
vs. )
                    )
JOHN O'QUINN )
                    )
     Defendant. )
_____ )

## COMPLAINT

COMES NOW Howard K. Stern, plaintiff in the above-styled action, and respectfully states his Complaint against Defendant John O'Quinn as follows:

### PRELIMINARY STATEMENT

This defamation and false light invasion of privacy action for compensatory and punitive damages arises from Defendant John O'Quinn's repeated false and defamatory public statements that Plaintiff Howard K. Stern murdered Anna Nicole Smith and her son, Daniel Smith, for his own financial gain.

### THE PARTIES

1.

Plaintiff Howard K. Stern (hereinafter, "Plaintiff Stern") is a resident of the State of California.

2.

Before her accidental death February 8, 2007, Plaintiff Stern was the long time personal attorney and companion of Vickie Lynn Marshall, a.k.a., "Anna Nicole Smith."

3.

Upon information and belief, Defendant John O'Quinn (hereinafter, "Defendant O'Quinn") is a resident of the State of Texas.

4.

Defendant O'Quinn is an attorney whose law firm, The O'Quinn Law Firm, has its main office located at 2300 Lync Centre Building, 440 Louisiana, Houston, Texas, 77002.

5.

In recent months, Defendant O'Quinn has been an attorney representing Virgie Arthur, the biological mother of Anna Nicole Smith, in relation to questions of legal custody regarding Anna Nicole Smith's body and parental custody over Ms. Smith's infant daughter, Dannielynn Hope Marshall Stern.

6.

As described below, since Ms. Smith's death, Defendant O'Quinn has used his status as Ms. Arthur's attorney to be a frequent guest on national television shows and other media to make false statements of verifiable fact which, taken together and individually, falsely accuse Plaintiff Stern of murdering Ms. Smith and Daniel Smith for Mr. Stern's financial gain.

**JURISDICTION AND VENUE**

7.

Plaintiff Stern is a citizen of the State of California for purposes of diversity jurisdiction under U.S.C. § 1332.

8.

Defendant O'Quinn is a citizen of the State of Texas for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

- 2 -

9.

This Court has original subject matter jurisdiction with respect to this action pursuant to 28 U.S.C. § 1332 as there exists complete diversity of citizenship between Plaintiff Stern and Defendant O'Quinn and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

10.

Defendant O'Quinn is subject to the jurisdiction of this Court pursuant to 28 U.S.C. § 1332, in that the assertion of personal jurisdiction is proper under Fla. Stat. Ann. § 48.193(1)(a) & (b) and it comports with due process, with proper venue pursuant to 28 U.S.C. § 1391(a).

## BACKGROUND

### The Death Of Daniel Smith And Anna Nicole Smith

11.

Anna Nicole Smith had a son, Daniel Smith, and a daughter, Dannielynn Hope Marshall Stern.

12.

Daniel Smith died September 10, 2006, while visiting his mother in her hospital room in the Bahamas, three days after Ms. Smith gave birth to Dannielynn.

13.

Daniel Smith died accidentally from a cardiac dysrhythmia after taking a combination of methadone, Zoloft and Lexapro.

14.

Plaintiff Stern did not murder Daniel Smith.

- 3 -

15.

No evidence whatsoever exists that Plaintiff Stern murdered Daniel Smith.

16.

Anna Nicole Smith died February 8, 2007, at the Seminole Hard Rock Hotel & Casino in Hollywood, Florida.

17.

Plaintiff Stern did not murder Anna Nicole Smith.

18.

No evidence whatsoever exists that Plaintiff Stern murdered Anna Nicole Smith.

19.

Ms. Smith's February 8, 2007 death triggered an intense media frenzy and round-the-clock coverage by members of the print and broadcast media.

20.

Ms. Smith's death also triggered an investigation by law enforcement authorities.

21.

As of the date of the filing of this Complaint, no criminal charges have been filed against any individual in connection with the deaths of Anna Nicole Smith and Daniel Smith.

22.

In a news conference held February 9, 2007, the Chief Medical Examiner for Broward County, Florida, Joshua A. Perper, stated that a preliminary autopsy was inconclusive regarding Ms. Smith's death, and Seminole Chief of Police Charles Tiger indicated that there was no evidence that a crime had been committed.

- 4 -

23.

In the official autopsy report for Anna Nicole Smith released on March 26, 2007, Chief Medical Examiner Perper concluded that Ms. Smith died "of acute combined drug intoxication. Abscesses of buttocks, and viral enteritis were contributory causes of death" and the manner of death was an "ACCIDENT."

24.

In a press conference held in Fort Lauderdale, Florida on March 26, Seminole Chief of Police Charles Tiger stated that "We are convinced, based on extensive review of the evidence, that this case is an accidental overdose with no other criminal element present."

## DEFENDANT O'QUINN'S ACTIONS
## AFTER THE DEATH OF ANNA NICOLE SMITH

### Defendant O'Quinn Appeared As The Advocate For Virgie Arthur, And Immediately Attacked Plaintiff Stern With False Accusations Of Murder

25.

Shortly after Ms. Smith's death, Defendant O'Quinn began making media appearances on nationally broadcast television shows and in the print media representing himself to be the attorney for Virgie Arthur, Ms. Smith's biological mother.

26.

Defendant O'Quinn represented Ms. Arthur in the hearings held from February 16 through February 22, 2007, in Broward County Circuit Court regarding custody of the body of Anna Nicole Smith. At the conclusion of these hearings, Judge Larry Seidlin awarded legal custody of Ms. Smith's body to Richard Milstein, the Guardian Ad Litem for Dannielynn.

- 5 -

27.

Defendant O'Quinn was also present with Ms. Arthur in Florida during her unsuccessful February 28, 2007 appeal of Judge Seidlin's ruling to the 4th District Court of Appeals in West Palm Beach, Florida.

28.

During his time in Florida, Defendant O'Quinn gave numerous interviews to national news media organizations concerning Anna Nicole Smith and Plaintiff Stern which were broadcast from, aired and/or published in Florida.

29.

At the time he made the statements identified in this Complaint below, Defendant O'Quinn had a predetermined bias against Plaintiff Stern. Defendant O'Quinn's strategy was to injure Plaintiff Stern's reputation in the public arena so that he and Ms. Arthur could gain a competitive advantage in the court proceedings and media frenzy surrounding Ms. Smith's death.

30.

As described below, Defendant O'Quinn intentionally slandered Mr. Stern in a calculated effort to gain a competitive advantage for his client, Virgie Arthur, in any dispute she may have with Plaintiff Stern over the custody of Anna Nicole Smith's body, parental custody of Dannielynn and/or control of the estate of Anna Nicole Smith.

**Defendant O'Quinn's Slanderous**
**February 19, 2007 Fort Lauderdale Interview With MSNBC**

31.

On February 19, 2007, Defendant O'Quinn was in Fort Lauderdale, Florida, when he gave an interview to Rita Cosby of MSNBC, a news network and website with national reach

- 6 -

that can be seen and accessed by Florida residents.  A video with the interview was posted to the

MSNBC website, http://www.msnbc.msn.com/id/17490544/page/2/.

32.

In the February 19 interview, Defendant O'Quinn stated the following:

**COSBY:**     I wanna ask you real quick – you know, today there's word about a will – Anna Nicole's will being faxed around days before she died.  What do you make of that?  A lot of people are shaking their heads…

**O'QUINN:**     Why would anyone ask to see the will like Stern did, unless the person was dead who wrote the will or the person who wrote the will was about to die?

**COSBY:**     What are you suggesting?

**O'QUINN:**     I suggest you draw your own conclusions.  He asked to read the will 4 days before Anna Nicole died in his presence.  Real fascinating, isn't it?  Why did he need to read that will unless he knew she was going to die?

**COSBY:**     Yesterday in court he said he didn't even remember being there when the will was signed, yet that was basically his only client and now we're hearing that at least Ron Rale was faxing the will to somebody.

**O'QUINN:**     Right.  Ron Rale is his friend, remember?  Stern's friend.  Ex-law partners.  Fax his will of Anna Nicole Smith 4 days before she died, Stern who was in total control of her life.  What must have been going through Mr. Stern's mind that he wanted to read that will 4 days before Anna Nicole died?  Draw your own conclusions.  Use your own common sense.

33.

The gist of Mr. O'Quinn's comments is that Plaintiff Stern murdered Anna Nicole Smith

because he "knew" Ms. Smith "was going to die" because he "asked to read the will" four days

before she died.

34.

Defendant O'Quinn's factual statements that Plaintiff Stern "asked to read the will" and

was faxed the will in the days before Ms. Smith "died in his presence" are false and defamatory.

- 7 -

35.

Defendant O'Quinn's accusation that Plaintiff Stern murdered Anna Nicole Smith is false and defamatory.

36.

Defendant O'Quinn's February 19 comments about Plaintiff Stern placed him in a false light in the public eye that was highly offensive to the reasonable person by giving the false impression that Plaintiff Stern murdered Anna Nicole Smith days after reading her will for his personal gain when Plaintiff Stern did no such thing.

**Defendant O'Quinn's Slanderous
February 21, 2007 Fort Lauderdale Interview With Fox News**

37.

On February 21, 2007, Defendant O'Quinn was in Fort Lauderdale, Florida, when he gave an interview to host Greta Van Susteren for the show *On The Record with Greta Van Susteren*, a news show broadcast nationally by Fox News and seen by Florida residents. A record of this interview can be found as a partial transcript titled "Virgie Arthur's Lawyer on Day's Drama" at http://www.foxnews.com/story/0,2933,253770,00.html, a copy of which interview is attached as Tab A to this Complaint.

38.

In the February 21 interview with Fox News, Defendant O'Quinn slandered Plaintiff Stern by uttering the following false and defamatory statements:

**VAN SUSTEREN:** All right. You represent Virgie, the grandmother of the baby...

**O'QUINN:** True.

**VAN SUSTEREN:** ... and the mother of Anna Nicole. How is she doing tonight?

- 8 -

**O'QUINN:**  It's been a hard time for her, a lot of painful memories, a lot of emotional times.  You saw the emotions.  Even the judge says you're going to have to start passing me Kleenex here in a minute.  I'm getting very emotional myself.

**VAN SUSTEREN:**  It certainly seems like she doesn't have much fondness for Howard K. Stern.

**O'QUINN:**  No.  She believes Howard K. Stern murdered her daughter.

**VAN SUSTEREN:**  Murdered?

**O'QUINN:**  Yes.

**VAN SUSTEREN:**  Strong word.

**O'QUINN:**  That's what she said.  She said that in court, He killed her.

**VAN SUSTEREN:**  What's the basis for that, for the — for being there, sort of complicit that Anna Nicole took drugs or providing her drugs?  I mean, what's her theory?

**O'QUINN:**  He handled all the drugs.  We've talked to the maid who kept the place. She gave us a list of the drugs. That's where I got the list. And he wanted to keep total control over her by keeping her doped up. He had total control over her. It was all a technique, a Machiavellian, sinister technique.

**(CROSSTALK)**

**VAN SUSTEREN:** Now, wait a second, John. You and I are both lawyers. I mean, the fact is that, with all due respect to your client, she hasn't seen her daughter in about 10 years, so she really doesn't know what the interaction between Howard K. Stern is. We can all have our sort of suspicions, but in terms of evidence of murder, that's a different level.

**O'QUINN:** She sat in the courtroom, like we all have. She has her own judgment about what she's heard. Everybody has a judgment by now about what they've heard.

**VAN SUSTEREN:** And you agree with that judgment, murder?

**O'QUINN:** You better believe it. Why does a man ask for a will four days before a person dies?

**VAN SUSTEREN:** He didn't, according to...

**O'QUINN:** Oh!

**VAN SUSTEREN:** According to Krista Barth, the fax machine — she's made a representation to the court. You're talking about the fact that there was a will was that sent and it was dated before Anna Nicole died by five days. But apparently, it's a fax machine data mistake, per Howard K. Stern's lawyer.

**O'QUINN:** You said apparently. You've already made judgment on it.

**VAN SUSTEREN:** I said — I'm...

**O'QUINN:** You're not open-minded.

**VAN SUSTEREN:** I'm saying that's what Krista Barth, as an officer of the court, has said.

**O'QUINN:** And as an officer of the court...

**VAN SUSTEREN:** I'll give the presumption of innocence on that.

**O'QUINN:** ... I showed the judge where the actual document she'd introduced into evidence said otherwise, that it had been faxed five days before Anna Nicole died. Anna Nicole stays in a hotel room, Monday, Tuesday, Wednesday, and she was dead.

**VAN SUSTEREN:** On Thursday.

**O'QUINN:** Yes.

**VAN SUSTEREN:** And the document you had that we're talking about, the suggestion is, is that Howard K. Stern had her will faxed to him before she even left the Bahamas for Florida. And your theory is that that's something sinister.

**O'QUINN:** Sure, it is.

**VAN SUSTEREN:** If, in fact, that happened.

**O'QUINN:** Sure, it's sinister.

**VAN SUSTEREN:** OK. Well, tomorrow we're hear whether or not it happened. But Krista Barth says it didn't happen. And I guess we'll see. Either it did or didn't, and we'll find out tomorrow.

**O'QUINN:** And also, she was his meal ticket.

**VAN SUSTEREN:** That I agree. He said that.

**O'QUINN:** And you missed the main point here. They were in the country illegally.

**VAN SUSTEREN:** I think that's true, too. I think — I think there's a lot of...

**O'QUINN:** Yes, it was.

**VAN SUSTEREN:** There's alot of suspicion about their presence in the Bahamas. I agree. That's still not murder, though.

**O'QUINN:** And motive. He had opportunity. He was alone with her for three days. He had motive. And there's evidence that he handled her drugs.

**VAN SUSTEREN:** All right. Well, I'll keep an open mind, talking about that presumption of innocence. I'll be back in the courtroom tomorrow, and we'll see what's presented. But tonight, I'll keep my mind open. But there's certainly a lot of explaining to be done by a lot of people. Thank you, John. We'll see you tomorrow?

**O'QUINN:** OK.

Tab A.

### The Falsities Contained In Defendant O'Quinn's
### Comments Made In The February 21, 2007 Fox News Interview

39.

The gist of Mr. O'Quinn's comments is that Plaintiff Stern murdered Anna Nicole Smith.

40.

The gist of Mr. O'Quinn's February 21 comments that Plaintiff Stern murdered Anna

Nicole Smith is false and defamatory in its entirety by virtue of the unfounded and unsupportable

accusation of murder and the following specific false and defamatory statements, among others,

published therein:

**O'QUINN:** He handled all the drugs. We've talked to the maid who kept the place. She gave us a list of the drugs. That's where I got the list. And he wanted to keep total control over her by keeping her doped up. He had total control over her. It was all a technique, a Machiavellian, sinister technique.

***

**VAN SUSTEREN:** And you agree with that judgment, murder?

- 11 -

**O'QUINN:** You better believe it. Why does a man ask for a will four days before a person dies?

***

**O'QUINN:** ... I showed the judge where the actual document she'd introduced into evidence said otherwise, that it had been faxed five days before Anna Nicole died. Anna Nicole stays in a hotel room, Monday, Tuesday, Wednesday, and she was dead.

**VAN SUSTEREN:** On Thursday.

**O'QUINN:** Yes.

**VAN SUSTEREN:** And the document you had that we're talking about, the suggestion is, is that Howard K. Stern had her will faxed to him before she even left the Bahamas for Florida. And your theory is that that's something sinister.

**O'QUINN:** Sure, it is.

**VAN SUSTEREN:** If, in fact, that happened.

**O'QUINN:** Sure, it's sinister.

***

**VAN SUSTEREN:** There's a lot of suspicion about their presence in the Bahamas. I agree. That's still not murder, though.

**O'QUINN:** And motive. He had opportunity. He was alone with her for three days. He had motive. And there's evidence that he handled her drugs.

Tab A.

41.

Defendant O'Quinn's comments about Plaintiff Stern placed him in a false light in the public eye that was highly offensive to the reasonable person by giving the false impression that Plaintiff Stern controlled and murdered Anna Nicole Smith for his personal gain when Plaintiff Stern did no such thing.

42.

Defendant O'Quinn's factual statement that Plaintiff Stern had Ms. Smith's will faxed to him four or five days before she died is false and defamatory.

- 12 -

43.

Defendant O'Quinn's factual statement that Plaintiff Stern was alone with Ms. Smith for three days before she died is false and defamatory.

44.

Defendant O'Quinn's factual statements that Plaintiff Stern "handled all the drugs", kept Ms. Smith "all doped up" and was "in total control" of her are false and defamatory.

45.

As Defendant O'Quinn intended, the slanderous statements made by Defendant on MSNBC and *On the Record with Greta Van Susteren* were subsequently reported nationally and in Florida on television and radio, in articles in a number of major newspapers around the country, in supermarket tabloids and on Internet websites.

**Other False And Defamatory Statements Made By Defendant O'Quinn**

1.    **Defendant O'Quinn Falsely Stated That Plaintiff Stern Was The Beneficiary Of Anna Nicole Smith's Life Insurance Policies And Used This False Fact To Support His Accusations Of Murder**

46.

Defendant O'Quinn slandered Plaintiff Stern in an interview with Nancy Grace of CNN Headline News' *Nancy Grace Show* on March 1, 2007 by implying that Plaintiff Stern murdered Anna Nicole Smith and Daniel Smith for life insurance proceeds. A record of this interview can be found as a "Rush transcript" titled "Anna Nicole's Bahamian Funeral Plans Released" at http://www.transcripts.cnn.com/TRANSCRIPTS/0703/01/ng.01.html, a copy of which is attached as Tab B to this Complaint.

47.

In the March 1, 2007 *Nancy Grace* interview, Defendant O'Quinn stated:

**UNIDENTIFIED FEMALE:** I just want to know if there was any life insurance, and who's the beneficiary.

**GRACE:** Smart guy! You know, we have not talked about that one time -- maybe way back at the beginning. With us tonight is John O'Quinn. This is one of Virgie Arthur's attorneys. He is a veteran trial lawyer. Mr. O'Quinn, thank you for being with us.

**JOHN O'QUINN, ATTORNEY FOR VIRGIE ARTHUR:** You're welcome.

**GRACE:** Was there a life insurance policy in any form?

**O'QUINN:** I've been told by sources that should know the truth that there were seven life insurance policies on Anna Nicole's life, and the beneficiary was her son, who died under suspicious circumstances, and the alternative beneficiary is Stern.

**GRACE:** Did you say several or several?

**O'QUINN:** Seven, I'm told.

**GRACE:** Whew! OK. Were they paid up?

**O'QUINN:** I'm told they were paid up and in full force, and the primary beneficiary was her son, who died under very suspicious circumstances.

**GRACE:** Mr. O'Quinn, it gets curiouser and curiouser, does it not?

**O'QUINN:** Oh, yes, it does. This is all about money.

Tab B.

48.

The gist of Defendant O'Quinn's statement's, including that Daniel Smith "died under very suspicious circumstances" and "[t]his is all about the money", is that Plaintiff Stern murdered Daniel and Anna Nicole Smith for Ms. Smith's life insurance proceeds.

49.

Defendant O'Quinn's factual statement that there were "seven life insurance policies on Anna Nicole's life, and the beneficiary was her son … and the alternative beneficiary is Stern" is false: there were and are no life insurance policies for Ms. Smith.

50.

Defendant O'Quinn's accusations that Plaintiff Stern stood to financially benefit from the death of Anna Nicole Smith and Daniel Smith, and that he murdered them or deliberately caused their deaths so that he could recoup life insurance proceeds, are false and defamatory.

51.

Defendant O'Quinn's statements on March 1, 2007, placed Plaintiff Stern in a false light in the public eye that was highly offensive to the reasonable person by creating the false impression that Plaintiff Stern stood to benefit from the deaths of Anna Nicole Smith and Daniel Smith, and that he therefore killed them for his personal financial gain.

2.      **Defendant O'Quinn Again Accused Plaintiff Stern Of Murdering Both Anna Nicole Smith And Daniel Smith, And Then Stated That Plaintiff Stern Would Imminently Harm Dannielynn Stern**

52.

Defendant O'Quinn had another interview with Greta Van Susteren of *On the Record with Greta Van Susteren* on March 15, 2007. A record of this interview can be found as a partial transcript titled "Stunning Development in Anna Nicole Case" at http://www.foxnews.com/story/0,2933,258925,00.html, a copy of which interview is attached as Tab C to this Complaint.

53.

In the March 15, 2007, interview, Defendant O'Quinn stated:

**VAN SUSTEREN:** Let me — let me talk about Howard K. Stern. Let me answer that, just, you know, to get — we'll take them one by one. Howard K. Stern, you say, is not fit, that he's sneaky, won't do the test. Look, I have lots of objections to him not allowing that baby to be swabbed so that paternity can be established. But he has certainly cared for that child and — since the day the child was born, living in the same household. I mean, he's not unfit in that he's going to harm the child. Do you agree?

**O'QUINN:** I do not agree with that. Howard K. Stern is going to do whatever helps Howard Stern. Remember, he was trying to strike a bargain with Larry Birkman (SIC) that he would yield and let Birkman have custody if Birkman would make sure that Stern got to run the estate of Anna Nicole. Stern's motives, Stern's agenda is to keep control of the money.

**VAN SUSTEREN:** All right. Now, you characterized both of them as one night stands, sperm donors. Let me take to you task a little bit with that. And that's not to take away from Virgie as the grandmother. But both of them had long-term relationships with Anna Nicole in various forms. Howard K. Stern's been living with her at least since — I mean, off and on, I mean, he's had something for several years of a relationship with her. And Larry Birkhead had a relationship with her and even sought to establish paternity right after the child was born. So it's not like these are runaway dads or attempting to be runaway dads.

**O'QUINN:** Stern was a user. He used Anna Nicole. He wasn't there for any other reason. Remember, Anna Nicole took a massive amount of drugs while she was pregnant with Anna — with Dannielynn. That was dangerous to Dannielynn. And Stern is the one that got the drugs. He got — they had so many drugs, they got them from more than one doctor. And he took them around in a duffel bag — he being Stern — and fed them to Anna Nicole while she was pregnant, which is absolute insanity when it comes to not only the health of Anna Nicole, but the health of the baby.

**VAN SUSTEREN:** All right, you say Howard K. Stern...

**O'QUINN:** This man's not showing real concern.

\*\*\*

**VAN SUSTEREN:** All right, I lied. I have one more. How is Virgie doing, by the way? How is the grandmother doing?

**O'QUINN:** This is an extremely hard time of her life. Not only has she lost her daughter, she lost her grandson, who died in the presence of Stern of a drug

overdose. She now has a granddaughter who's still in the hands of the man who all arrows (ph) are pointing to as having killed her daughter and her grandson, and she's worried sick about what's going to happen to her granddaughter.

**VAN SUSTEREN:** All right. Well, of course, I'm not going to belabor the point. You know, there's been nothing to suggest — not — there's been no even allegation that he killed the grandson or the daughter. But I heard what you said. All right...

**O'QUINN:** There are allegations.

**VAN SUSTEREN:** All right. Well, OK. Well, they're your allegations. And so, well, we'll see what happens on Friday. Good luck, John, and I hope you come back.

**O'QUINN:** Thank you, Greta.

Tab C.

54.

The gist of Defendant O'Quinn's March 15, 2007, statements, including that "[n]ot only has [Virgie Arthur] lost her daughter, she lost her grandson, who died in the presence of Stern of a drug overdose. She now has a granddaughter who's still in the hands of the man who all arrows (ph) are pointing to as having killed her daughter and her grandson, and she's worried sick about what's going to happen to her granddaughter" is the factual statement that Plaintiff Stern murdered Daniel and Anna Nicole Smith and would harm Dannielynn so that Plaintiff Stern could control the estate of Anna Nicole Smith.

55.

Defendant O'Quinn's public factual statements that Plaintiff Stern stood to benefit by the death of Anna Nicole Smith and Daniel Smith, and that Stern murdered them or deliberately caused their deaths, and would harm Dannielynn so that he could "control the money", are false and defamatory.

- 17 -

56.

Defendant O'Quinn's public factual statement that Plaintiff Stern offered to concede custody of Dannielynn Stern to Larry Birkhead in return for Stern's control of the Anna Nicole Smith estate is false and defamatory.

57.

Defendant O'Quinn's public factual statement that "Stern is the one that got the drugs … And he took them around in a duffel bag — he being Stern — and fed them to Anna Nicole while she was pregnant" is false and defamatory.

58.

Defendant O'Quinn's statements on March 15, 2007, placed Plaintiff Stern in a false light in the public eye that was highly offensive to the reasonable person by creating the false impression that Plaintiff Stern stood to benefit from the deaths of Daniel and Anna Nicole Smith, or any harm that may come to Dannielynn, and that Plaintiff Stern therefore killed or would harm them for his personal financial gain.

3.   **Defendant O'Quinn Continued To Falsely State That Plaintiff Stern Murdered Anna Nicole Smith After And Despite Chief Medical Examiner Perper's And Law Enforcement Authorities' Announcement That Anna Nicole Smith's Death Was "Accidental" With "No Other Criminal Element Present"**

59.

Defendant O'Quinn again defamed Plaintiff Stern in an interview with Nancy Grace of CNN Headline News' *Nancy Grace Show* on March 27, 2007, the day after the autopsy report was released showing that Ms. Smith's death was accidental and Police Chief Tiger announced that law enforcement authorities had found "no other criminal element present" in Ms. Smith's death.  A record of this interview can be found as a "RUSH" transcript titled "Inquest Opens in

Bahamas     in     Death     of     Anna     Nicole     Smith's     Son     Daniel"     at

http://www.transcripts.cnn.com/TRANSCRIPTS/0703/27/ng.01.html, a copy of which is

attached as Tab D to this Complaint.

60.

In the March 27, 2007 *Nancy Grace* interview, Defendant O'Quinn again accused

Plaintiff Stern of murdering Anna Nicole Smith:

> **JOHN O'QUINN, ATTORNEY FOR VIRGIE ARTHUR:** I'd like to add one more circumstance. Howard Stern was there when both of them got deadly sick and died.

> **GRACE:** You know, what's another thing that's disturbing, John O'Quinn -- and I'm not doubting Joshua Perper. If you look at Perper's history, the thousands, literally thousands of autopsies he's performed, his analysis is not incorrect. My concern is about the investigation that goes along with that analysis, Mr. O'Quinn. Two people dying of accidental drug overdoses, including some of the same drugs?

> **O'QUINN:** I agree with you entirely. The fact that he concluded, Perper concluded that it was a drug overdose, I don't quarrel with that, and I don't quarrel with his talents to figure that out. But he basically based his story on what happened based on what Howard Stern told him. That's like asking the murderer to tell us how this person died. You don't necessarily get the truth.

> **GRACE:** Well, again, before we call Stern a murderer...

> **O'QUINN:** OK, OK. He's acting like he's the one. He storms into court this morning, demands that his lawyers pick the jury, demands that the media be thrown out of the courtroom. I mean, what's going on here?

Tab D.

61.

The gist of Defendant O'Quinn's statements, including "That's like asking the murderer

to tell us how this person died" and "He's acting like he's the one", are factual statements or

opinion containing factual assertions which together and individually state that Plaintiff Stern

murdered Anna Nicole Smith.

62.

Defendant O'Quinn's accusation that Plaintiff Stern murdered Anna Nicole Smith is false and defamatory.

63.

Defendant O'Quinn's statements on March 27, 2007, including his statement that "Howard Stern was there when both of them got deadly sick and died," placed Plaintiff Stern in a false light in the public eye that was highly offensive to the reasonable person by creating the false impression that Plaintiff Stern murdered Anna Nicole Smith.

64.

The same day as his *Nancy Grace* appearance, Defendant O'Quinn also defamed Plaintiff Stern in an interview airing March 27, 2007 on Fox News' *On The Record With Greta Van Susteren*. A copy of the transcript of this interview, titled "Inquest Opens in Bahamas in Death of Anna Nicole Smith's Son Daniel", is attached at Tab E to this Complaint.

65.

In the March 27, 2007 *On The Record* interview, Defendant O'Quinn this time again accused Plaintiff Stern of murdering Daniel Smith:

> **VAN SUSTEREN**: OK. Now, Howard K. Stern is on the inquest list. John, of course, we all know you're a lawyer. What questions would you expect to be asked of him at the inquest into Daniel's death?
>
> **O'QUINN**: I'd ask questions to be asked of him about drugs. Did he actually get prescriptions from doctors in his name to be given to Anna Nicole? Did he actually carry the dangerous drugs around in that duffel bag they had? And things of that nature.
>
> **VAN SUSTEREN**: If your client -- is your client -- isn't currently on -- at least not on the witness list as we have it, but she -- I mean it may be that somehow her testimony becomes relevant or desired by someone, what would you expect as a lawyer? What kind of information could she add to this?

**O'QUINN**: The information she could add is that her daughter was perfectly -- she was a fine girl until she got in with Stern. All the things that Stern did to manipulate her and drive a wedge between the family members and Anna Nicole and the various ways in which Stern sought to manipulate Anna Nicole because really what he wanted was her money.

**VAN SUSTEREN**: How would that be relevant to Daniel's death?

**O'QUINN**: Motive. Daniel was -- had already figured things out. He was trying to get an investigator to -- hire an investigator to investigate Stern and he went to his mother to get the money and Stern learned of that and he decided he needed rid of Daniel.

**VAN SUSTEREN**: All right. John, you say very provocative things. As you know, on this show I've been taking to you task, but tomorrow night we're going to let the viewers ask you questions, see what you have to say about it.

Tab E.

66.

The gist of Defendant O'Quinn's factual statements, particularly, "he [Daniel Smith] went to his mother to get the money and Stern learned of that and he decided he needed rid of Daniel" is that Plaintiff Stern murdered Daniel Smith for his own financial gain.

67.

Defendant O'Quinn's accusation that Plaintiff Stern murdered Daniel Smith is false and defamatory.

68.

Defendant O'Quinn's accusation that Plaintiff Stern "carr[ied] the dangerous drugs around in that duffel bag" is false and defamatory.

69.

Defendant O'Quinn's factual statement that Plaintiff Stern "decided he needed rid of Daniel" is false and defamatory.

70.

Defendant O'Quinn's statements on the March 27 *On The Record* placed Plaintiff Stern in a false light in the public eye that was highly offensive to the reasonable person by creating the false impression that Plaintiff Stern murdered Daniel Smith for his own financial gain.

## DEFENDANT O'QUINN'S CULPABILITY FOR HIS STATEMENTS

71.

Defendant O'Quinn uttered the false and defamatory comments about Plaintiff Stern with actual malice in that he uttered the false and defamatory comments with knowledge of falsity or with a reckless disregard for their truth or falsity.

72.

Defendant O'Quinn repeatedly made the false and defamatory comments identified above with knowledge of falsity or reckless disregard for the truth as part of his strategy to smear the reputation of Plaintiff Stern to benefit his client Virgie Arthur in ongoing court proceedings and in the eyes of the public despite clear evidence of his statements' falsity and despite his failure to conduct any reasonable and legitimate investigation into whether his statements were based on truthful, verifiable facts.

73.

Defendant O'Quinn negligently made the false and defamatory comments about Plaintiff Stern because he knew or should have known the above identified statements and accusations of murder were false, and by failing to conduct a reasonable investigation of the very serious criminal accusations against Plaintiff Stern and the background, motive and credibility of his sources, many of whom were inherently suspect and not worthy of belief before he was interviewed and made his comments.

- 22 -

74.

Defendant O'Quinn purposefully avoided learning the truth regarding his false and defamatory accusations of murder against Plaintiff Stern by, among other things, failing to investigate whether the accusations he made against Plaintiff Stern were true.

75.

Defendant O'Quinn knowingly made his false and defamatory comments without any trustworthy or reliable sources for said statements and with no corroboration.

76.

At the time of his statements, Defendant O'Quinn knew that his false statements about Plaintiff Stern were unverified and unsubstantiated.

77.

Defendant O'Quinn deliberately made his false and defamatory comments despite entertaining serious doubts about the truth of the accusatory statements.

78.

Defendant O'Quinn acted with common law malice by uttering the slanderous statements identified above with the deliberate and malicious intent to injure Plaintiff Stern as part of his media campaign to discredit Plaintiff Stern to the benefit of the interests of Virgie Arthur.

79.

Defendant O'Quinn's statements were not privileged.

**DAMAGES**

80.

As a direct and proximate result of the defamatory statements maliciously made by Defendant O'Quinn, members of the public were led to believe that Plaintiff Stern murdered

- 23 -

Daniel Smith and Anna Nicole Smith for his financial gain and was willing to harm Dannielynn for the same reason.

81.

As a direct and proximate result of the defamatory statements maliciously made by Defendant O'Quinn accusing Plaintiff Stern of murder, Plaintiff Stern's reputation has been permanently damaged.

82.

As a direct and proximate result of the defamatory statements made by Defendant O'Quinn, Plaintiff Stern has suffered stress, emotional distress and mental pain and suffering and adverse physical consequences from these conditions.

83.

As a direct and proximate result of the false statements maliciously made by Defendant O'Quinn, Plaintiff Stern has suffered public hatred, contempt and ridicule.

84.

As a direct and proximate result of the false statements maliciously made by Defendant O'Quinn, Plaintiff Stern has suffered special damages in that he has suffered a permanent impairment to his ability to obtain or maintain gainful employment.

85.

The false and defamatory statements made by Defendant O'Quinn as set forth in this Complaint were defamatory and slanderous per se in that they charge Plaintiff Stern with serious crimes involving moral turpitude, entitling Plaintiff Stern to presumed damages.

86.

The statements made by Defendant O'Quinn as set forth in this Complaint placed Plaintiff Stern in a false light in the public eye and were highly offensive to the reasonable person in that they created the false impression that Plaintiff Stern murdered Daniel and Anna Nicole and that Plaintiff Stern would imminently harm Dannielynn to gain control of the Anna Nicole Smith estate, all for Plaintiff Stern's financial gain; this false and defamatory impression entitles Plaintiff Stern to damages for emotional harm and distress.

87.

The conduct of Defendant O'Quinn demonstrates willful misconduct and that entire want of care that which raises a presumption of conscious indifference to consequences.

88.

Plaintiff Stern is entitled to an award of punitive damages from Defendant O'Quinn in order to punish, penalize and deter Defendant O'Quinn from repeating his unlawful conduct.

## COUNT I – DEFAMATION

89.

Plaintiff hereby incorporates paragraphs 1 through 88 as if fully set forth herein.

90.

Defendant O'Quinn's aforesaid acts constitute the common law tort of defamation, in that:

(1)     Defendant O'Quinn made public statements to third parties of and concerning Plaintiff Stern which accused him of murder and other acts;

(2)     The public statements were false;

(3)     The false public statements were defamatory;

- 25 -

(4)     The public statements were made with knowledge of their falsity, with reckless disregard for their truth or falsity, or were made negligently;

(5)     The false and defamatory public statements are not protected by any statutory, common law or constitutional privilege; and which;

(6)     The false and defamatory public statements damaged Plaintiff Stern and his reputation.

91.

Defendant O'Quinn's statements damaged Plaintiff Stern in an amount to be determined at trial.

## COUNT II – FALSE LIGHT INVASION OF PRIVACY

92.

Plaintiff hereby incorporates paragraphs 1 through 91 as if fully set forth herein.

93.

Defendant O'Quinn's aforesaid acts constitute the common law tort of false light invasion of privacy, in that:

(1)     Defendant O'Quinn made public statements about Plaintiff Stern that place him in a false light in the public eye that created the false impression that Plaintiff Stern murdered Anna Nicole Smith and/or Daniel Smith and would harm Dannielynn in order to profit thereby;

(2)     The false impression created by Defendant O'Quinn is highly offensive to the reasonable person;

(3)     Defendant O'Quinn acted with knowledge that a false impression was being created by his statements, with reckless disregard to the falsity of his statements

- 26 -

and the false light in which Plaintiff Stern would be placed, or he should have known that his statements placed Plaintiff Stern in the false light of having committed murder;

(4)     Defendant O'Quinn's statements and conduct are not protected by any statutory, common law or constitutional privilege; and

(5)     Plaintiff Stern was injured by Defendant O'Quinn's statements.

94.

Defendant O'Quinn's statements damaged Plaintiff Stern in an amount to be shown to be reasonable and just under the evidence at trial.

## COUNT III – PUNITIVE DAMAGES

95.

Plaintiff hereby incorporates paragraphs 1 through 94 as if fully set forth herein.

96.

Defendant O'Quinn's aforesaid acts show willful misconduct, malice and an entire want of care raising the presumption of conscious indifference to the consequences of his conduct.

97.

Defendant O'Quinn's statements were made with actual malice.

98.

Punitive damages should therefore be awarded against Defendant O'Quinn to penalize, punish and deter Defendant O'Quinn from such conduct in the future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands:

(a)     A trial by jury;

(b)     That judgment be entered against Defendant for compensatory, actual, presumed

and general damages in an amount to be shown to be reasonable and just under

the evidence at trial;

(c)     That judgment be entered against Defendant for punitive damages in an amount

sufficient to punish and penalize Defendant and deter Defendant from repeating

his unlawful conduct;

(d)     That all costs of this action be assessed against Defendant; and

(e)     Such other relief as this Court deems equitable, just and proper.

Respectfully submitted this __13__<sup>TH</sup> day of April, 2007.

L. Lin Wood
Georgia Bar No. 774588
llwood@pogolaw.com
William V. Custer
Georgia Bar No. 202910
wcuster@pogolaw.com
Nicole Jennings Wade
Georgia Bar No. 390922
nwade@pogolaw.com
Eric P. Schroeder
Georgia Bar No. 629880
eschroed@pogolaw.com
Luke A. Lantta
Georgia Bar No. 141407
llantta@pogolaw.com

- 28 -

Benjamin T. Erwin
Georgia Bar No. 143055
berwin@pogolaw.com

POWELL GOLDSTEIN LLP
One Atlantic Center
Fourteenth Floor
1201 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone:     (404) 572-6600
Facsimile:      (404) 572-6999

Application To Appear
*Pro Hac Vice* Pending Or To Be Submitted

M. Krista Barth
Florida Bar No. 0461229
krista@emsattorneys.com
ERIC M. SAUERBERG, P.A.
Suite 102
200 Village Square
Palm Beach Gardens, Florida, 33410
Telephone:     (561) 776-0330
Facsimile:      (561) 776-0302

Attorneys for Plaintiff
Howard K. Stern

1155919



# Virgie Arthur's Lawyer On Day's Drama

**Thursday , February 22, 2007**

**FOX NEWS**

*This is a partial transcript from **"On the Record,"** February 21, 2007, that has been edited for clarity.*

**GRETA VAN SUSTEREN, HOST:** After being in the hot seat today, how is Anna Nicole's mother, Virgie, doing tonight? Joining us, Virgie Arthur's lawyer, **John O'Quinn**, who I should say hails from the great state of **Texas**. In fact, the judge calls you "Texas." Does he know your name, the judge?

**JOHN O'QUINN, VIRGIE ARTHUR'S ATTORNEY:** Well, I know my name's John O'Quinn. The judge calls me Texas. I don't know what his purpose in that is.

**VAN SUSTEREN:** All right. You represent Virgie, the grandmother of the baby...

**O'QUINN:** True.

**VAN SUSTEREN:** ... and the mother of **Anna Nicole**. How is she doing tonight?



ADVERTISEMENT

NewsMax.com

**Fred Thompson 2008?**

**O'QUINN:** It's been a hard time for her, a lot of painful memories, a lot of emotional times. You saw the emotions. Even the judge says you're going to have to start passing me Kleenex here in a minute. I'm getting very emotional myself.

**VAN SUSTEREN:** It certainly seems like she doesn't have much fondness for **Howard K. Stern**.

**O'QUINN:** No. She believes Howard K. Stern murdered her daughter.

**VAN SUSTEREN:** Murdered?

**O'QUINN:** Yes.

**VAN SUSTEREN:** Strong word.

**O'QUINN:** That's what she said. She said that in court, He killed her.

**VAN SUSTEREN:** What's the basis for that, for the — for being there, sort of complicit that Anna Nicole took drugs or providing her drugs? I mean, what's her theory?

**O'QUINN:** He handled all the drugs. We've talked to the maid who kept the place. She gave us a list of the drugs. That's where I got the list. And he wanted to keep total control over her by keeping her doped up. He had total control over her. It was all a technique, a Machiavellian, sinister technique.

**(CROSSTALK)**

**VAN SUSTEREN:** Now, wait a second, John. You and I are both lawyers. I mean, the fact is that, with all due respect to your

client, she hasn't seen her daughter in about 10 years, so she really doesn't know what the interaction between Howard K. Stern is. We can all have our sort of suspicions, but in terms of evidence of murder, that's a different level.

O'QUINN: She sat in the courtroom, like we all have. She has her own judgment about what she's heard. Everybody has a judgment by now about what they've heard.

VAN SUSTEREN: And you agree with that judgment, murder?

O'QUINN: You better believe it. Why does a man ask for a will four days before a person dies?

VAN SUSTEREN: He didn't, according to...

O'QUINN: Oh!

VAN SUSTEREN: According to Krista Barth, the fax machine — she's made a representation to the court. You're talking about the fact that there was a will was that sent and it was dated before Anna Nicole died by five days. But apparently, it's a fax machine data mistake, per Howard K. Stern's lawyer.

O'QUINN: You said apparently. You've already made judgment on it.

VAN SUSTEREN: I said — I'm...

O'QUINN: You're not open-minded.

VAN SUSTEREN: I'm saying that's what Krista Barth, as an officer of the court, has said.

O'QUINN: And as an officer of the court...

VAN SUSTEREN: I'll give the presumption of innocence on that.

O'QUINN: ... I showed the judge where the actual document she'd introduced into evidence said otherwise, that it had been faxed five days before Anna Nicole died. Anna Nicole stays in a hotel room, Monday, Tuesday, Wednesday, and she was dead.

VAN SUSTEREN: On Thursday.

O'QUINN: Yes.

VAN SUSTEREN: And the document you had that we're talking about, the suggestion is, is that Howard K. Stern had her will faxed to him before she even left the Bahamas for Florida. And your theory is that that's something sinister.

O'QUINN: Sure, it is.

VAN SUSTEREN: If, in fact, that happened.

O'QUINN: Sure, it's sinister.

VAN SUSTEREN: OK. Well, tomorrow we're hear whether or not it happened. But Krista Barth says it didn't happen. And I guess we'll see. Either it did or didn't, and we'll find out tomorrow.

O'QUINN: And also, she was his meal ticket.

VAN SUSTEREN: That I agree. He said that.

O'QUINN: And you missed the main point here. They were in the country illegally.

VAN SUSTEREN: I think that's true, too. I think — I think there's a lot of...

**O'QUINN:** Yes, it was.

**VAN SUSTEREN:** There's a of suspicion about their presence in the Bahamas. I agree. That's still not murder, though

**O'QUINN:** And motive. He had opportunity. He was alone with her for three days. He had motive. And there's evidence that he handled her drugs.

**VAN SUSTEREN:** All right. Well, I'll keep an open mind, talking about that presumption of innocence. I'll be back in the courtroom tomorrow, and we'll see what's presented. But tonight, I'll keep my mind open. But there's certainly a lot of explaining to be done by a lot of people. Thank you, John. We'll see you tomorrow?

**O'QUINN:** OK.

*Content and Programming Copyright 2007 FOX News Network, LLC. ALL RIGHTS RESERVED. Transcription Copyright 2007 Voxant, Inc. (www.voxant.com), which takes sole responsibility for the accuracy of the transcription. ALL RIGHTS RESERVED. No license is granted to the user of this material except for the user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon FOX News Network, LLC'S and Voxant, Inc.'s copyrights or other proprietary rights or interests in the material. This is not a legal transcript for purposes of litigation.*

SEARCH                                                                GO

**Click here for FOX News RSS Feeds**

**Advertise on FOX News Channel, FOXNews.com and FOX News Radio**
Jobs at FOX News Channel.
Internships At Fox News (Summer Application Deadline is March 15, 2007)
Terms of use.  Privacy Statement.  For FOXNews.com comments write to
foxnewsonline@foxnews.com;  For FOX News Channel comments write to
comments@foxnews.com
© Associated Press. All rights reserved.
This material may not be published, broadcast, rewritten, or redistributed.

Copyright 2007 FOX News Network, LLC. All rights reserved.
All market data delayed 20 minutes.

## NANCY GRACE

**Anna Nicole`s Bahamian Funeral Plans Released**

Aired March 1, 2007 - 20:00:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

NANCY GRACE, HOST: Tonight, after weeks of hand-to-hand legal combat in court, appeals judges order the body of covergirl Anna Nicole Smith buried beside her son, Daniel, on the island paradise the Bahamas. But rest in peace? No way. The battle rages over Nicole Smith`s 6-month-old baby girl and the $475 million she`s set to inherit. Tonight, two men emerge as contenders to control that nearly half a billion dollars. The body finally leaving a Florida morgue under tight security 0530 tomorrow morning. All the parties -- the mother, the boyfriend and the lawyer -- converge for a Bahamian funeral. And tonight, mystery surrounding the disappearance of a 19-year-old straight-A Purdue student, just vanished one short block of the dormitory. We investigate.

And also tonight, day one of the John Evander Couey death penalty trial, Couey accused of kidnap, assault and murder of the girl in the pink hat, 9-year-old Jessie Lunsford. Kicker? Couey was already a convicted sex predator when Jessie went missing. What was he doing out on the streets?

(BEGIN AUDIO CLIP)

UNIDENTIFIED MALE: Did you have sex with her?

JOHN EVANDER COUEY, CHARGED WITH MURDER OF JESSIE LUNSFORD: Yes, I had intercourse with her.

UNIDENTIFIED MALE: (DELETED) sex?

COUEY: Sir?

UNIDENTIFIED MALE: Did you put your (DELETED) inside her (DELETED)?

COUEY: Yes.

UNIDENTIFIED MALE: What did she -- how did she get her clothes off?

COUEY: I told her to take them off.

UNIDENTIFIED MALE: You told her to take -- she took them off?

COUEY: Yes. She tried to put them back on (INAUDIBLE) leave them off.

UNIDENTIFIED MALE: OK.

COUEY: She put them back on. I just -- you know, I had intercourse with her.

(END AUDIO CLIP)

(BEGIN VIDEO CLIP)

MARK LUNSFORD, JESSIE LUNSFORD'S FATHER: Couey is a pathological liar. He's a piece of (DELETED). Sorry, but it's the truth. And if he was so willing to leave Jessie alone and free to go as she wanted to, then why did he tie her up and put her in a hole?

UNIDENTIFIED MALE: (INAUDIBLE) all day today. America's looking at this, going, You know, any second this guy's going to jump across the damn thing and let him have it. What are you saying to Mark to reassure him, Look, let this thing run? How do you do this?

UNIDENTIFIED MALE: There were a few times today where it was very, very difficult for Mark, but he hung in there. There were tears and there are going to be more tears, but he's strong.

(END VIDEO CLIP)

GRACE: Good evening, everybody. I'm Nancy Grace. I want to thank you for being with us tonight. First, will covergirl Anna Nicole Smith's body finally leave a Florida morgue?

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE Howard, I was here a few minutes ago when the news broke. The court ruled Anna is coming home.

HOWARD K. STERN, ANNA NICOLE'S LAWYER/BOYFRIEND: Yes, it did.

UNIDENTIFIED MALE: How do you feel?

STERN: I feel very relieved. And I feel like the court got it right because they didn't focus on me and they didn't focus on Virgie Arthur, but they focused on what Anna's intent was. And I think that that's very important. It's what Anna wanted. She wanted to be in the Bahamas with Daniel, and that's what's going to be carried out.

UNIDENTIFIED MALE: Is there closure now or the beginning of closure for you?

STERN: There's not closure yet. But just -- I feel, you know, grateful and relieved that I know Anna's going to be with Daniel, which is important to me because I couldn't live with myself if that didn't happen.

UNIDENTIFIED MALE: You showed a lot of cooperation last night when Virgie came here. What was the mood like?

STERN: She watched Dannielynn sleep for 15 minutes. I wasn't going to let her wake her up. I would not let Virgie alone with Dannielynn. That's not going to happen. That, you'd need a court order for.

UNIDENTIFIED MALE: I imagine a pretty stressful, intense period having her here because I sat in this very room and heard the words come from Anna's mouth, saying,

She may have touched me, but she`ll never touch my child.

STERN: She was angry that I wouldn`t let her touch Dannielynn or wake her up. And then after that, she just stood there and stared. And it was the type of look that Anna always used to describe to me as her "evil mom." You know, Anna called her "Mommy dearest."

(END VIDEO CLIP)

GRACE: The words of Howard K. Stern, the so-called legal executor of Anna Nicole Smith`s estate, and he`s talking about Nicole Smith`s biological mother, Virgie Arthur. Now, her, Virgie Arthur`s, idea or perception of their relationship very different. This we know. All the parties converge in the Bahamas tomorrow morning for a funeral like no other.

To you, David Caplan, deputy New York bureau chief of "Star." What are the plans?

DAVID CAPLAN, "STAR" MAGAZINE: This funeral`s going to be over the top. Anna Nicole`s body will be picked up at the Broward County medical examiner`s office tomorrow morning at 5:25 by a hearse. It`ll go to Miami International Airport, fly to Nassau, Bahamas, in a private jet. It`ll go through customs, and then from 9:00 o`clock, it`ll be transported through the streets of Nassau to the Mount Horeb Baptist church in Nassau, and a service will commence at 10:30 and is going to last an hour.

And we`re going to have country singer Joe Nichols, who was Anna Nicole`s favorite country singer. He was contacted by Howard K. Stern to perform. And there`s going to be 300 people there, 100 guests, really, each from Howard K. Stern, from Larry Birkhead and Virgie. She`s going to be wearing a really gorgeous pink dress, I heard, designed by her friend, Pol Atteu. There`s going to be lilies and stargazers and pink roses. It`s going to be very Anna Nicole Smith.

And then afterwards, when it ends at 11:30, the family and friends -- and the number of people will be whittled down to about 30 -- will then go to the Lakeview Memorial Gardens, where Daniel is buried, and then there`ll be a more private, intimate sort of burial for Anna Nicole.

GRACE: OK, David, let`s slow it down just for a moment. Let`s go through the timeline. Elizabeth, could you put up the timeline? Go ahead, David.

CAPLAN: All right. So 10:30 AM, you see we`re going to have this funeral service. There`s going to be 300 people. We`re going to have Larry Birkhead and Howard K. Stern and Virgie. Howard K. Stern`s family members will also be there, a lot of her close friends. And of course, there`s going to be areas set aside for media outside the church because this is obviously going to be covered like an event, you know, really we`ve never seen before in terms of a celebrity funeral.

Then later on, by 11:30, the family, about 30 of them, are going to leave for the graveside service at Lakeview Memorial Gardens, and it`s going to be a very intimate, very solemn burial, of course. And again, the media will be set up nearby, but of course, very discreetly. And it`s going to be a short burial. It`s not going to be an hour, like the memorial service. And that`s going to be the time when it`s going to be very solemn, of

course, and people are going to be kept at bay.

GRACE: Well, I don`t know about keeping anybody at bay. Let`s go down to Carlos Diaz, "Extra" correspondent joining us out of Nassau, Bahamas. I keep hearing the words "solemn," "dignified." Carlos, that`s not going to happen.

CARLOS DIAZ, "EXTRA": No, well, it`s not going to happen as far as the media might be concerned -- and I`m hearing myself in my ear, by the way, in a little echo. But here`s the thing. We have just learned that -- and I`m still hearing myself in my ear...

GRACE: You know, take out your earpiece and just answer, and we`ll get it fixed for you. Go ahead.

DIAZ: OK. This is what we`ve learned here. We`ve got this from Sandy Port (ph) Development, the Sandy Port Development Company. This is the -- where you have the church. The church is here on this private property. And this church is now charging every media outlet between $2,000 and $5,000 to be on their private property to cover the church service.

Now, here`s what this -- this is the contract right here. You can see the contract right here from Sandy Port Development Company for a live satellite uplink. You must pay $5,000, $5,000 to be on church property, which is private property. And for a local crew, for a crew that just has one camera, it`s $2,000 just to have a camera there -- $2,000 or $5,000. It seems that everyone`s looking to make money off of Anna Nicole Smith.

GRACE: You`re absolutely right, Carlos Diaz, Carlos joining us from "Extra." Everyone seemingly is making money.

There`s one person I know that`s not making any money. He gets paid a salary every year. It doesn`t matter who his patient is. It doesn`t matter how many patients he sees. It`s Dr. Joshua Perper. He is the chief medical examiner there in Broward County. He and a team of six others performed -- a team performed a six-hour autopsy on Anna Nicole Smith. And he is one of the few people that has safeguarded not only her privacy but the little bit of dignity she has been afforded in death.

Dr. Perper, when were you advised as to what time the body would leave the medical examiner`s office?

DR. JOSHUA PERPER, BROWARD COUNTY MEDICAL EXAMINER: Sometime between 5:00 and 5:30 in the morning tomorrow.

GRACE: And Dr. Perper, I assume, I hope that you are still intending to accompany the remains.

PERPER: Yes. I agreed to the request of the judge, and I`ll go together with the guardian for the child in the Bahamas.

GRACE: Milstein?

PERPER: Yes. We`ll go -- yes. We`ll go together in the same car tomorrow. There`s going to be a motorcade of four cars, including the hearse, and I`ll be in the same car

with the guardian.

GRACE: Now, Dr. Perper, I understand that a private plane is flying you guys down. Whose plane is it?

PERPER: I really don`t know because I didn`t got any kind of details about the jet which is going to take us to the Bahamas.

GRACE: And Dr. Perper, how does it work? Is she traveling in a casket?

PERPER: Yes. Yes. She is going to be prepared by two embalmers, and she`s going to travel in a casket, right.

GRACE: When you say prepared -- I know she`s already -- the body has been embalmed. What do they have to do to prepare her?

PERPER: Well, first of all, the body has to be brought to the room temperature. Then a judgment has to be made whether the body can be viewed. Then they have to see if there`s any need for additional cosmetics or cosmetic adjustment. Then the body has to be dressed in the beautiful dress in which she will be viewed and then placed in the casket. So there are a lot of basically technical procedure which they would have to carry.

GRACE: Dr. Perper...

PERPER: And that is going to be done today.

GRACE: Dr. Perper, has this group that is preparing her body, as you just said -- have they signed confidentiality agreements?

PERPER: Yes. They are basically the same people who did the embalming.

GRACE: Because that would be absolutely horrific, if they were to give an interview or take photos or cell phone photos of her body in the casket. And listen, Dr. Perper, it`s happened. It certainly has. And I`m glad you`re going along. I understand it is in a private jet. How do you secure something that size in a jet so it doesn`t move?

PERPER: Well, that`s not my responsibility. Probably the Miami police is going to do the arrangements.

GRACE: All right. Dr. Perper, why do you believe, even at this juncture, that it is necessary for you to accompany the remains?

PERPER: Well, that really was not my decision, and perhaps it`s not necessary. But the judge requested in open court from the bench for me to do so, and he felt that that`s going to give him some additional assurance that everything is going to be done properly. I have no doubt that the guardian ad litem is a very competent attorney and can do it on his own, but I am going to agree to the request of the judge because you always honor a judge`s request.

GRACE: Well, Dr. Perper, you`re being very modest. I`ll tell you why many people

believe it is important for you to accompany the remains, because of the whole cast of characters, the whole kit and kaboodle, you are the only one representing nobody. You don`t have any skin in the game, no dog in the fight. You are the only one completely impartial, just doing your job from day one.

With us, Dr. Joshua Perper, who is going along with the transport of Anna Nicole Smith. Back in a moment with Dr. Perper.

Let`s go out to the lines. Cindy in Arizona. Hi, Cindy.

UNIDENTIFIED FEMALE: Hi. I love your show.

GRACE: Thank you, dear.

UNIDENTIFIED FEMALE: Thank you for taking my call. I would like to know, please, where this lady, the mother, is getting the funds to pay for the attorney to travel from Florida to the Bahamas and monies also to exhume the bodies of her grandson and daughter, as she`s trying to do?

GRACE: Good question. Good question, Cindy in Arizona. Out to you, Art Harris, investigative reporter. Now, I don`t know that Virgie Arthur has planned any exhumation, but we do know that if she has control over Dannielynn in any way that she may very well move the bodies so she and the child can be close to them. Art Harris, where is she getting the money? Where are any of the parties getting the money?

ART HARRIS, INVESTIGATIVE REPORTER: Nancy, we`ve been asking that, and of course, the attorneys have given us a very lawyerly response that they`re not discussing it. But these are attorneys who have done very well before in contingency cases, suing big tobacco companies and also representing women who`ve had faulty implants. So they`re used to big money settlements, and you know, in for a dime, in for a dollar. So we can perhaps assume that they`re going to help her go after her share of the estate, if she believes she`s entitled to it.

GRACE: Out to the lines. Keith in Pennsylvania. Hi, Keith.

UNIDENTIFIED FEMALE: Hi, Nancy. How are you?

GRACE: I`m fine, dear. What`s your question?

UNIDENTIFIED FEMALE: I just want to know if there was any life insurance, and who`s the beneficiary.

GRACE: Smart guy!~ You know, we have not talked about that one time -- maybe way back at the beginning. With us tonight is John O`Quinn. This is one of Virgie Arthur`s attorneys. He is a veteran trial lawyer. Mr. O`Quinn, thank you for being with us.

JOHN O`QUINN, ATTORNEY FOR VIRGIE ARTHUR: You`re welcome.

GRACE: Was there a life insurance policy in any form?

O`QUINN: I`ve been told by sources that should know the truth that there were seven life

insurance policies on Anna Nicole`s life, and the beneficiary was her son, who died under suspicious circumstances, and the alternative beneficiary is Stern.

GRACE: Did you say several or several?

O`QUINN: Seven, I`m told.

GRACE: Whew! OK. Were they paid up?

O`QUINN: I`m told they were paid up and in full force, and the primary beneficiary was her son, who died under very suspicious circumstances.

GRACE: Mr. O`Quinn, it gets curiouser and curiouser, does it not?

O`QUINN: Oh, yes, it does. This is all about money.

GRACE: Seven life insurance policies, all going to Stern. All right. Mr. O`Quinn, question. I understand that last night, there was finally the meeting between your client, Virgie Arthur, and the baby, Dannielynn. What happened?

O`QUINN: I wasn`t there. I know that Mrs. Arthur was not treated correctly as a grandmother. She asked to hold the grandchild, her own grandchild, no question about it, and Stern said, You can`t touch your grandchild. I find that a very despicable thing for a person to do to a grandmother.

GRACE: Well, and the other thing is this, Mr. O`Quinn. You`ve seen the sound bites from Anna Nicole Smith, who clearly resented her mother. From what I`ve seen of Virgie, she didn`t feel the same way back. But the reality is, this baby`s only blood relative that we know of right now is Virgie Arthur. That`s it!

O`QUINN: That`s correct. That`s correct. And a lot of people have been raised by their grandmothers, and that`s traditional in our country and also in the Bahamas. Grandmothers are honored. They deserve to be honored. And they`re very good people to help raise a grandchild.

GRACE: Well, you`re talking to one of them. My grandmother helped raise me, along with my mom and dad, and...

*O`QUINN: It`s true for me, too. That`s one of the reasons I agreed to help Virgie. I was raised by my grandmother, and I respect her greatly and I love her greatly for it.*

GRACE: You know what`s interesting? I want to go to psychoanalyst Dr. Bethany Marshall. Bethany, I spoke with Virgie Arthur, and it was clear to me Anna Nicole hated her. She resented her. I don`t know where it came from. No one`s ever been clear about it. But I never got that feeling back from Virgie. How could their perceptions be so different?

BETHANY MARSHALL, PSYCHOANALYST: As I mentioned in a prior show, you have to take into account the severe drug addiction that Anna Nicole seemed to have had. When you think about that, you wonder if she vilified the mother because the mother was trying to intervene in drug abuse. People have said that, you know, Anna Nicole left

home when she was 16. Was she a burgeoning drug addict at that time, and did Howard Stern keep Virgie from the baby because Virgie was on to him and the whole pattern of drug abuse and him supplying Anna Nicole Smith?

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

ANNA NICOLE SMITH: You want to hear my child life? You want to hear all the things she did to me? You want to hear all the things she let my father do to me, or my brother do to me or my sister, all the beatings, the whippings and the rape? That`s my mother. That`s my mom.

UNIDENTIFIED MALE: What do you want to say to her?

SMITH: I want to say to her, How dare you, bitch! How dare you! That`s what I want to say. Come after me. Come on, get yours. You know what? I used to cry after you. I used to cry after you from the day -- even when I`m a baby girl, I cried for you. And you ask Howard. I cried for my mom. I cried for my mom when I saw her on CNN and I saw how evil she was and evil she looked. All of that is gone now. All of it`s going away. So bring it on, Momma, Mommy dearest!

(END VIDEO CLIP)

GRACE: That was an interview played in court last week, an interview Anna Nicole Smith gave "Entertainment Tonight" back in October, where she talks about her estrangement from her mom, Virgie Arthur.

Let`s go out to the lines. Kathy in Florida. Hi, Kathy.

UNIDENTIFIED FEMALE: Yes. Hi, friend. How are you? Nancy, my regards to Miss Arthur, first of all. Drugs or no drugs, how do you hate your mother? And my question is -- this Howard Stern is on exclusively "Entertainment Tonight." Where is this guy getting his money? Are they paying him big bucks for these interviews?

GRACE: Let`s unleash the lawyers. Jeff Skatoff, Richard Herman, Brian Neary. We don`t know that he is getting paid. But if he is getting paid -- to you, Richard Herman -- is there anything wrong with it, other than we just don`t like him making a buck off of her death?

RICHARD HERMAN, DEFENSE ATTORNEY: There`s nothing wrong with that, Nancy. If he`s getting paid, so what? All these people are getting paid. Virgie Arthur`s getting paid. It was despicable seeing her have that video shot when she was at the cemetery in the Bahamas. It`s outrageous. All these people are still sucking off of Anna. It`s unbelievable.

GRACE: So according to you, it`s OK for Stern to get paid but not Virgie Arthur?

HERMAN: She can get paid, too. She can get paid also.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

STERN: There`s not closure yet, but just I feel, you know, grateful and relieved that I know Anna`s going to be with Daniel, which is important to me because that`s -- I couldn`t have lived with myself if that didn`t happen.

(END VIDEO CLIP)

GRACE: That burial set for tomorrow, the body leaving at 5:30 in the morning.

Out to you, Mike Brooks, standing by in the Bahamas. What`s the latest on your end?

MIKE BROOKS, FORMER D.C. POLICE, SERVED ON FBI TERRORISM TASK FORCE: I was at the cemetery early this morning, Nancy, and they were throwing all the press out, putting up barricades, and they had the four-sided tent up over the gravesite.

And one other thing I want to talk about in preparation for the ceremony tomorrow. One of the other people who`s going to be involved in this is Eric Gibson. They call him here on the island King Eric Gibson. Now, he`s the father of Shane Gibson, the former immigration and labor minister who`s been involved in some -- maybe some underhanded things. But it`s very interesting. He`s going to be singing tomorrow. He told me last night that he`s going to be singing at the service "Bridge Over Troubled Water." So you can read into that what you may.

GRACE: Mike Brooks, joining me in the Bahamas. What`s the security there at that cemetery?

BROOKS: There`s not much at all, Nancy. It`s a very, very small, private cemetery. It`s got some security cameras, but there`s no fence all the way around it. Earlier in the week, we could just walk right on and walk right off, but they have put up some barricades around that. I`m hearing from sources that police are not going to play a big role in this. They`re just going to be there if someone gets out of hand, but they`re not going to be there like you would see in the United States. But there are some high cliffs around there that will give the media some pretty good access. But there`s not much security there whatsoever.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

HOWARD K. STERN, ANNA NICOLE SMITH CONFIDANTE: I feel very relieved, and I feel like the court got it right, because they didn`t focus on me, and they didn`t focus on Virgie Arthur, but they focused on what Anna`s intent was.

And I think that that`s very important, that it`s what Anna wanted. She wanted to be in the Bahamas with Daniel. And that`s what`s going to be carried out.

There`s not closure yet, but just I feel, you know, grateful and relieved that I know Anna`s going to be with Daniel, which is important to me, because that`s -- I couldn`t have lived with myself if that didn`t happen.

(END VIDEO CLIP)

GRACE: It`s not over yet. The body of Anna Nicole Smith headed for the Bahamas for burial, while the DNA battle over paternity is yet to be fought. Back to Dr. Joshua Perper. Dr. Perper, when will you leave to come back to the states?

DR. JOSHUA PERPER, BROWARD COUNTY MEDICAL EXAMINER: The same day, tomorrow afternoon, about 4:00 or so.

GRACE: Dr. Perper, they`re not making you take vacation for this, are they?

PERPER: Well, I would call it hardly a vacation, because I think there are a lot of activities and that I`m going to come back. But, you know, I think that that`s -- I don`t have any problem.

GRACE: Dr. Perper, from a lot of people, a big thank you for what you`ve done in this case.

Out to Joyce in Maryland. Hi, Joyce.

CALLER: Hi, Nancy. Anna Nicole abused drugs even while she was pregnant. Has the baby, Dannielynn, ever been examined for drug-related neurological damage? And if not, could the court-appointed guardian, Millstein, have the baby examined now?

GRACE: Excellent question. What about it, John O`Quinn?

JOHN O`QUINN, ATTORNEY FOR VIRGIE ARTHUR: Well, that`s a very excellent question. And also an excellent question is this man, Stern, who tries to cast himself as being some kind of hero, handled the drugs, took them in the duffel bag, and gave them to Anna, went to the drugstore and got them while she`s pregnant, for narcotics, methadone.

GRACE: Mr. O`Quinn, is he getting paid for these interviews? Do you know?

O`QUINN: Well, somebody`s paying for a half-a-million-dollar funeral burial service. It`s like when they buried the pharaohs. And Daniel Stern has got the connection with the industry to raise that kind of money from them. This thing has been turned into a disgraceful, disgraceful spectacle. And I`m ashamed that it`s happening; this is not the way to bury a person.

GRACE: And to you, Art Harris, the paternity test battle is about to begin. We haven`t finished the funeral yet, but that`s the next legal battle. Number one, when will that start?

And, number two, can her will be probated down in -- you know what? Let me ask Jeff Skatoff that. You`re the probate expert. Can her will be probated in the Bahamas?

JEFFREY SKATOFF, WILL AND PROBATE ATTORNEY: I think the answer to that, Nancy, is probably yes, if she was a resident of the Bahamas, as it appears that she was. So her will could be probated in the Bahamas. Although because her lawsuit was based in California, there will also probably be a probate action that needs to take place

in California.

GRACE: And to you, Brian Neary, a veteran trial lawyer, Brian, the issue of paternity, we`ve been having the fight out of California, Florida, now the Bahamas. I never understood why they didn`t just file in the Bahamas to start with.

BRIAN NEARY, DEFENSE ATTORNEY: Well, there has to be respect between the two jurisdictions, the two political bodies as to what the decision should be. The Bahamas are in the same tradition as courts of the United States. They`re based on the common law and the English law, so that there has to be some respect done to one of the two.

I think the thing that really needs to be done is one body, one law system has to start to make decisions. The key here: Who`s the father in this case?

GRACE: And to you, Art Harris. The paternity battle starts as soon as the burial is done. What`s next?

ART HARRIS, INVESTIGATIVE JOURNALIST: Yes, March 16th, Nancy, Larry Birkhead marches into Bahamian court, and Debra Opri, his lawyer, will ask the Bahamian to get some DNA from the baby and compare it to his and then, you know, let the games begin. The custody fight will commence.

GRACE: And, Art, is there any talk of settlement?

HARRIS: Well, Nancy, you know, we`ve heard rumors of that. There`s plenty of estate to go around, if that is to happen.

GRACE: Art Harris, investigative reporter, joining us with all of the latest.

I want to tell you about a missing persons case. A young freshman student at Purdue University vanishes into thin air just one block short of the dormitory. Take a listen.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: This blond-headed baby with the bright eyes and chubby knees grew up to be a Purdue college freshman who has now vanished. Steffee disappeared after he left a fraternity party. Students, friends and strangers have scoured the area looking for him.

UNIDENTIFIED MALE: He wasn`t wearing a jacket. He left a cell phone charger, probably only had around $50. There`s been no use of his credit card or his ATM card.

UNIDENTIFIED FEMALE: You have to stay strong because we could get him back and he may need us.

(END VIDEO CLIP)

GRACE: Please help us tonight. The tip line, 765-496-3784. There is a reward. This young man, Wade Steffey, just 19 years old, a straight-A student, gone.

Wayne Pratt with WBAA Public Radio, what happened?

WAYNE PRATT, NEWS DIRECTOR, WBAA PUBLIC RADIO: Well, Wade Steffey vanishing in the early hours of January 13th. He was in a well-lit area of this campus, and he was just outside a dormitory building, apparently trying to go back in to get his coat. It was a rather cold night, and that`s the last we`ve seen of him. Investigators are still trying to follow up on leads as they come in, but there are still no clues surrounding this disappearance.

Joining us tonight, two very special guests, Dale Steffey, Dawn Adams. These are Wade`s parents. To both of you, thank you for being with us.

First to you, Dawn, what`s being done tonight to find him?

DAWN ADAMS, MOTHER OF WADE STEFFEY: Well, the Purdue police continue to look for him. They interviewed over 600 felons at a DNA gathering over the weekend. They`re still following up on any kind of tips or leads, and the snow should be melting. I think there will be more searching soon.

GRACE: And to Wade`s father, Dale, what`s your understanding of what happened?

DALE STEFFEY, FATHER OF WADE STEFFEY: We have a very slight understanding of what happened, but the things that he left behind indicate that he`s nowhere of his own free choice at this time. And we`re just very concerned, and we want to get him back.

GRACE: Now, I understand, at 12:31 a.m., he makes a call to a friend, Dale. What did he say?

STEFFEY: He was just attempting to get his coat back. The friend told him that he was -- actually, there was a poker game in the dorm where Wade lived and invited him to come to that game, and Wade said he wasn`t interested, and that was the last I think anybody heard from him.

GRACE: And to you, Dawn, what about his car? And what about his cell phone? Do we have any tips there?

ADAMS: Well, his car -- he was a freshman, and he didn`t have a parking privileges. His car is in our driveway.

His cell phone is a really big mystery. It was triangulated through phone records to be on campus, or near campus, but we searched with about 300 volunteers and didn`t find it on the outside, anyway.

GRACE: And to you, Wayne Pratt with WBAA Public Radio, how long passed before he was reported missing?

PRATT: Well, the way we understand it, he disappeared in those early hours on the 13th, and then there was some time in there before people actually noticed he was gone, and then the actual release and police notifying the media happened on the following Tuesday. And that was the first time I had the chance to talk with his parents, on that Tuesday morning.

GRACE: Dawn, has he ever gone this long without contacting you?

ADAMS: Never. He would definitely be in contact at least with his friends. When he was at home, he would either -- he`d be on his computer and on the phone at the same time, all day long.

GRACE: This young man, Wade Steffey, 19, straight-A student, Eagle Scout, full scholarship, gone from Purdue University. There is a reward. Please help us. That number, 765-496-3784.

And tonight, it`s simple Trial 101. Police now trying to use triangulation to determine where the ping from his cell phone, Wade Steffey`s cell phone, was to help try and bring this boy home.

(COMMERCIAL BREAK)

(NEWSBREAK)

(BEGIN VIDEO CLIP)

MARK LUNSFORD, DAUGHTER JESSICA ABDUCTED AND MURDERED: My daughter was kidnapped, raped, and buried alive.

JOHN EVANDER COUEY, ACCUSED MURDERER: I went out there one night, and dug a hole, and put her in it, buried her (INAUDIBLE) plastic bag, plastic baggies.

UNIDENTIFIED MALE: Was she dead already?

COUEY: No, she was still alive. I buried her alive.

LUNSFORD: Couey`s a pathological liar. He`s a piece of shit. I`m sorry, but it`s the truth. And if he was so willing to leave Jesse alone and free to go as she wanted to, then why did he tie her up and put her in a hole?

(END VIDEO CLIP)

GRACE: Day one of the trial against John Evander Couey. As you all know by now, his alleged confession to kidnapping, attacking and murdering a 9-year-old little girl -- recall the girl in the pink hat -- thrown out of evidence. But guess what? He was sitting there watching Dr. Phil and having a latte behind bars. Not kidding. Not kidding. And he started blabbing. That confession is coming in, by all accounts.

Out to Eben Brown, reporter with 970 WFLA Radio, was in court today. Eben, what`s the latest?

EBEN BROWN, NEWSRADIO 970 WFLA: Good evening, Nancy. The latest is opening statements have been made and testimony has begun. The first three people to testify, a friend of the Lunsford Family, Ruth Lunsford, the child`s grandmother, and Mark Lunsford, the father of Jesse Lunsford. They got to make their statements today, talking about the final day-and-a-half or so of Jesse`s life, and how they remember it, and when

they realized Jesse was missing.

GRACE: You know, Eben, speaking of Mark Lunsford, through it all I feel that he`s become a friend. So I`m biased in his favor. I`ve seen him working in Washington to help missing and murdered children, not a penny to his name, battling on their behalf. And when I saw him in court today, I really thought he was going to jump over the pews and grab Couey by the neck. Did you see his face in court, Eben?

BROWN: There were a couple of times where Mark had a look on his face that I had never seen before. Maybe he was letting some of his emotions show through. But Mark, for the most part, just -- he kept his calm, especially when he was up on the stand, recounting things.

And one thing that may have -- I think people were expecting to be a little bit more emotional was when -- there was a little plush toy, a toy dolphin that Jesse -- that he had won for Jesse at a county fair, that was missing when Jesse was missing, and it was found with Jesse`s body.

He was asked to identify that toy on the stand, and I think there was a collective gasp among some people in the courtroom, although he just did it as a matter of fact. He said, "Yes, that`s the toy that I won for Jesse."

GRACE: Take a listen to this.

(BEGIN VIDEO CLIP)

MARK GELMAN, ATTORNEY FOR MARK LUNSFORD: America saw Mark`s glare all day today. Understandably.

UNIDENTIFIED MALE: What are you saying to him? America`s looking at this, going any second this guy`s going to jump across the damn thing and let him have it. What are you saying to Mark to reassure him, look, let this thing run? How do you do this?

GELMAN: Mark is very strong. To be honest with you, I`m not having to say too much to him.

JOHN EVANDER COUEY, ACCUSED MURDERER: I went out there one night, and dug a hole, and put her in it, buried her (INAUDIBLE) plastic bag, plastic baggies.

UNIDENTIFIED MALE: Was she dead already?

COUEY: No, she was still alive. I buried her alive.

LUNSFORD: Couey`s a pathological liar. He`s a piece of shit. I`m sorry, but it`s the truth. And if he was so willing to leave Jesse alone and free to go as she wanted to, then why did he tie her up and put her in a hole?

(END VIDEO CLIP)

GRACE: Joining us tonight, Mark Lunsford`s attorney, Mark Gelman. Mr. Gelman, thank you for being with us. How is he after this first day of trial?

GELMAN: Hi, Nancy. He`s doing great. Today was difficult. They were very anxious going in there. But he did very, very well. He`s resting now. He`s getting ready for tomorrow.

GRACE: You`re seeing Mark Lunsford in court right now, and he kept that gaze straight at Couey throughout the entire proceedings.

To you, Eben Brown. What can you tell us about the circumstances surrounding the confession that will come in, the latte Dr. Phil confession?

BROWN: This confession was -- well, what set this confession apart was that the first two were made during interrogations by police officers, where Couey apparently asked for a lawyer and wasn`t given one. So the judge ruled that these confessions were, you know, were a violation of his Miranda rights.

GRACE: The ones that are coming in, Eben, the ones that are coming in, tell me about that.

BROWN: OK, well, the one that`s coming in is one where Couey just started rattling his mouth while sitting in jail to a couple of jail guards. And at one point, those jail guards, testifying in a motion hearing, said, "Hey, we told him he may want to keep his mouth shut, he may not want to say any more, but he kept talking." So, therefore, Judge Howard said this confession`s going to be in.

GRACE: To Donna in South Carolina. Hi, Donna.

CALLER: Hi, Nancy. I love you.

GRACE: Well, thank you. Thank you for watching. What`s your question, dear?

CALLER: Where is Jessica`s mother?

GRACE: Good question. And to Mark Gelman, where is her mom?

GELMAN: From what I know, she`s in Ohio. Exactly where, I`m not sure. I know she`s not in Miami.

GRACE: Yes. And the reality is Mark Lunsford and his parents were raising the little girl, had raised her, I think, her whole life. Let`s go out to the lawyers, Richard Herman, Brian Neary.

Brian, you know this guy had a sex predator history. Did you know that? And there he is right there, catty-corner to Jesse Lunsford?

NEARY: I did, Nancy. That might be important with regard to Megan`s Law and those kinds of notifications. People will have to make that judgment. Of course, you know that the jury is not going to be told about that. They`ll decide this case on the facts in this particular case and whatever defense is going to be raised by his lawyers.

GRACE: And you know what? He`s right, Richard Herman. The jury won`t know

anything about the priors, one including a 12-year-old little girl that served as a probation revocation, where he went into her bedroom, just the way he did allegedly with Jesse Lunsford, but they may hear about it at penalty phase, if he gets that far. Explain, Richard.

RICHARD HERMAN, DEFENSE ATTORNEY: Nancy, this case is going to be a flash verdict. He`s going to get convicted. It`s going to be open and shut. As a defense attorney, all you can try to do is save this man`s life.

They`re going to use a diminished capacity defense. They`re going to put on a mental health expert. And they`re going to do everything they can to try to save his life, because the evidence is overwhelming. The blood on the mattress, with his DNA and the sperm, it`s over, Nancy. They don`t even need the confessions...

GRACE: You know what? That`s a really good point you said about mental illness.

To you, Bethany Marshall, he seemed pretty coherent behind bars with his latte, yakking about killing Jesse.

BETHANY MARSHALL, PSYCHOANALYST: He seemed pretty coherent to me, too. I understand that the defense is talking about mental retardation. And I want to say that only 5 percent to 8 percent of all sex offenders have formal mental illness.

The fact that he was a drug user complicates the diagnosis, because you cannot diagnose mental illness when a person is a drug user. Probably the mental retardation, if so, it`s very mild. The only way it affected the crime is it lowered his impulse control.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

LUNSFORD: I`m confident in the system. I`m confident in the prosecuting attorneys, the state attorney`s office. I`m confident in all those people.

(END VIDEO CLIP)

GRACE: There are reports -- out to you, Mark Gelman, Mark Lunsford`s -- that Couey colored throughout the trial. Is that true?

GELMAN: It is. I think he was actually coloring today. From where we`re sitting, it`s kind of hard to see what he`s doing in front of him, but I saw him drawing with some pencils.

GRACE: Bethany Marshall, let`s put Bethany up with the two lawyers. He`s coloring. He`s coloring with crayons and colored pencils.

MARSHALL: Well, I`m going to give him the benefit of the doubt and say that he was trying to say his anxiety.

But I think, most likely, you know, fixated pedophiles, which he was, are very childlike themselves. So this makes an argument for the fact that he is a pedophile, and also he showed tremendous disregard for Jessica Lunsford. He buried her like trash. So the fact

that he colored during the trial, it`s just the same kind of disregard that`s so...

(CROSSTALK)

GRACE: Richard Herman, I`ve got 20 seconds. What are you going to do with your client coloring with Crayola in front of the jury?

HERMAN: I`d say the guy`s nuts, it`s transparent, and I don`t know what to do with this one, Nancy. It`s very bad.

GRACE: Brian Neary?

NEARY: Coloring doesn`t matter, Nancy. The penalty with regard to the death penalty is going to be made on other issues.

GRACE: Maybe not to you, but I think the Crayola debacle will matter to the jury.

Let`s stop for a moment to remember Army Staff Sergeant Alan Shaw, 31, Little Rock, killed, Iraq. He left school to serve as a Marine, then put the family business on hold to enlist in the Army. He leaves behind a large family, grieving widow, Sarelle (ph), three children, ages 6 to 10. His wife said he lived and breathed his job, even having 0311, a military specialty code, tattooed on his arm. Alan Shaw, American hero.

Thank you to our guests. And our prayers to you, Mark Lunsford. NANCY GRACE signing off for tonight. Why don`t you help us find Wade Steffey? Until tomorrow night, good night, friend.

END



# Stunning Development in Anna Nicole Case

**Thursday , March 15, 2007**

**FOX NEWS**

*This is a partial transcript from "**On the Record**," March 14, 2007, that has been edited for clarity.*

**GRETA VAN SUSTEREN, HOST:** Tonight, manslaughter or worse? Is Anna Nicole's death a murder? Just hours ago, a stunning report. Seminole police have been meeting with homicide prosecutors.

Joining us, Nikki Waller, a reporter for The Miami Herald. Welcome, Nikki.

**NIKKI WALLER, MIAMI HERALD:** Good evening.

**VAN SUSTEREN:** Nice to see you. So explain to me, since The Miami Herald broke this story — at least, as far as I can figure out, you guys did — what is going on in terms of the investigation of Anna Nicole in south Florida?

ADVERTISEMENT



**WALLER:** Well, what we know right now is that the Seminole police came to our prosecutors in Broward County and had a meeting. We don't know what they said.. We're not too sure what they talked about. We hear a couple things. But they had a meeting just yesterday with homicide investigators. It's not a homicide investigation yet. This is still a death investigation. It's still a non-criminal investigation. But a lot of people are reading a lot of meaning into that meeting.

**VAN SUSTEREN:** All right. Now, you say it's not a homicide investigation. I take it that's because Broward County is saying this is not a homicide investigation, this is a death investigation, although it's a homicide — homicide prosecutors who are talking to the police.

**WALLER:** Right. And what the Seminole police have said to us is, You know, if you're investigating a death, the homicide investigators are the people you're going to want to go to at the prosecutor's office.

**VAN SUSTEREN:** Do you know if Dr. Perper was in any way part of any of these discussions?

**WALLER:** As far as we know, he's not. They are still reviewing some of the findings that have been presented to them and they're working on determining what that cause of death was and when they can produce that cause of death, so all the rest of us can learn about it.

**VAN SUSTEREN:** Are your sources describing this meeting between the Seminole police and the Broward County homicide prosecutors as routine, or are they suggesting that it's unusual?

**WALLER:** Well, it's hard for any meeting like that, I think, to be exactly routine, but what they're — they say they're just trying to do is exhaust all possibilities in this investigation. And before they look at some evidence, they want to make sure that they're doing it right. They want to know that they're looking at every possibility and that they're investigating it in the correct way. That's the main thing that they keep telling all of us. I'm sure they're telling you and everybody else. They're just trying to be, with a death as public and as visible as this one, as careful as they can be.

**VAN SUSTEREN:** Nikki, oftentimes, the police will make recommendations to the prosecutors in terms of whether or not they think that this is a criminal case or an accident, suicide or natural causes, in conjunction with discussion with the

medical examiner. Do you know if the police are suspicious this is anything more than, you know, natural causes or an accident?

**WALLER:** Well, this is officially termed a suspicious death. That just means it's something they're still looking into. Other than that, the Seminole police are holding their cards very close to their chest. We would love for them to tell us something like that, but right now, we're not getting anywhere with that. They're just saying they're investigating it thoroughly, and that's as far as they're going to go.

**VAN SUSTEREN:** Do you know if the Seminole police or the Broward County homicide prosecutors have asked to speak to Big Moe, who was in the room, about the time she died or his wife or Howard K. Stern?

**WALLER:** You know, we don't know that. We have seen reports, actually, from FOX News that the Seminole police talked to Big Moe very recently. But as far whether homicide prosecutors have ever done that, we do not know. We do know that there is some concern over some of these computers that they have in their possession. We have sources telling us that one of the things they may have talked to homicide prosecutors about was whether or not they can access those computers without a search warrant. I think they're trying to get a warrant, possibly, so that they are just — You know, they don't know what's on those computers, but they want to make sure their tracks are entirely legal and that they're accessing everything in the best way.

**VAN SUSTEREN:** One last question. Bahamas — any police in the Bahamas involved in this discussion or any law enforcement from the Bahamas?

**WALLER:** Well, we do have law enforcement from the Bahamas who are here in south Florida right now, and they are meeting with Seminole police. As far as we've heard from the Bahamian assistant police commissioner over in the Bahamas, they're meeting to, of course, talk about this death, this death — because Anna Nicole was a Bahamas resident at the time of her death, this is an issue for them. And if it is about these computers, there's also an issue in the Bahamas as to whether or not those computers were taken lawfully from the home that Smith was living in when she died. We don't say it's Smith's home because, obviously, that, too, is being contested in the Bahamas.

**VAN SUSTEREN:** And of course, the person who is suggested of having taken those computers said that Anna Nicole told him, even gave the password so that the computers could be accessed. But I guess we'll hear more about that. Nikki, thank you.

**WALLER:** Thank you.

**VAN SUSTEREN:** Could murder charges be a possibility, or is this just a routine investigation? Let's bring in our legal panel. In Tampa, prosecutor Pam Bondi. Here in D.C., criminal defense attorneys Ted Williams and Bernie Grim.

Pam, this is your state and you're the prosecutor, so we'll start with you. A meeting with the prosecutors, routine or was your antenna up on this one?

**PAM BONDI, PROSECUTOR:** Routine, Greta. Routine. First of all, in our county — and we have a population in Tampa of about the same as Broward County — we talk to law enforcement on a daily basis. We meet with law enforcement once a week. Any time there's a suspicious death, they consult with the state attorney's office. So no, it really doesn't raise my antenna at all that there was a meeting because it's routine, it's done. And I think they would be negligent if law enforcement didn't bring it to the state attorney to at least look at the legal issues. That's part of what we do.

**VAN SUSTEREN:** Wouldn't you expect that meeting to occur after a final autopsy report? Maybe they have one. But at least — at least — you know, we — it's termed a suspicious death, but the fact is, we don't even know whether it truly is suspicious, at this point. It's suspicious to us.

**BONDI:** Yes. And most likely, Dr. Perper has completed his investigation and now he's dotting all the I's and crossing the T's and meeting with the state attorney's office, if, in fact, they did meet on it. But again, it's very routine. And I'll tell you, we work hand in hand with the medical examiner's office here from day one. I mean, we're present in many of the autopsies. So that's not unusual and that really shouldn't raise a lot of suspicions for us, at this point.

**VAN SUSTEREN:** Bernie?

**BERNIE GRIMM, CRIMINAL DEFENSE ATTORNEY:** Yes, by definition, anyone that's 39 years old and presumptively in some sort of good health, not terminally ill cancer patient — somebody dies at 39, there's going to be — it's going to be looked into by the authorities. I agree with Pam. You have the following four scenarios are possible. Natural, accident, suicide, homicide, perhaps some convergence of one or two. But you need those facts in order for Dr. Perper to just

conclude.

**VAN SUSTEREN:** All right. Let's jump way ahead, and this might be — you know, this might not be the case, but let's assume that this is a methadone overdose. And we've seen the pictures in the refrigerator. If I were investigating it as a criminal investigator, I'd like to know whether she had it lawfully, whether someone was, you know, violating any law in giving it to her, and I would also like to know whether — I mean — I mean, prescribing it to her or delivering it to her. I'd also like to know if someone actually administered it to her, and in what amounts.

**GRIMM:** Right. I mean, that is critical. I wouldn't call that a first-degree murder. It's probably a negligent homicide, but...

**VAN SUSTEREN:** Manslaughter.

**GRIMM:** Manslaughter. But if there's a doctor prescribing that and she doesn't need it and she's getting it to get high and she overdoses on it, that doctor's going to be on the hook.

**VAN SUSTEREN:** And I heard Pam mutter, Third degree, which must be the standard for manslaughter in Florida, right?

**BONDI:** I'm sorry. Actually, in Florida, we have a drug overdose statute, and it's a third degree murder. It's under the homicide statute. But as we've discussed, Greta, it's very difficult to prove without an eyewitness, without a confession because you have to show that the person who supplied the drugs to the victim, that those drugs were the proximate cause of the victim's death and it was the actual drugs that that person supplied them.

**VAN SUSTEREN:** And you know what? If you take the real extreme, though, I don't know if you need an eyewitness —- if you bring someone, you know, a barrel of methadone who's got a problem and the person takes it — I mean, there are some situations that are just — you know, I assume, would overcome the eyewitness aspect.

All right, Ted, your turn. Your turn.

**TED WILLIAMS, CRIMINAL DEFENSE ATTORNEY:** Yes, well, being a former homicide detective, I can unequivocally agree with both of my colleagues here...

**VAN SUSTEREN:** You leave me out, as usual!

**(LAUGHTER)**

**(CROSSTALK)**

**VAN SUSTEREN:** Some things never change, Ted! I was waiting to see if I got included.

**(LAUGHTER)**

**WILLIAMS:** I'm going to bring you in this time and make you inclusive. But...

**VAN SUSTEREN:** So I'm this charity case.

**WILLIAMS:** It is routine for homicide detectives to meet with the state's attorney or the U.S. attorney's office, as well as the medical examiner. As Pam has said, they're normally within the autopsy, even observing the autopsy.

Now, what is interesting in this case, though, is that the Bahamian police department is here in Florida, talking to the police department there. And the only reason that I can see that they are there is that they're looking to see if there's any nexus between the death of Daniel in the Bahamas and Anna Nicole's death.

**VAN SUSTEREN:** Oh, that's an interesting point because they're having the inquest at the end of March in the Bahamas. But the thing that still sticks — I mean, sticks with me is the amount of methadone in the refrigerator.

**WILLIAMS:** You know...

**VAN SUSTEREN:** Nobody — I mean, according to Dr. Baden (INAUDIBLE) join us, it's not prescribed by that — I used — obviously exaggerating — by a bucket. You know, but...

**WILLIAMS:** Oh, and as you know, we've been told that Daniel died of a drug overdose. Now, the question is, What happened to Anna Nicole Smith? Was it a methadone death? Now, I can tell you that we know what happens and why methadone is given to individuals. It's given to them for drug habits. So the question is, was there an overdose of Anna Nicole Smith here in Florida?

**VAN SUSTEREN:** All right. And how she got it and all the rest of it.

**WILLIAMS:** Absolutely.

**VAN SUSTEREN:** Well, anyway, panel, thank you. Nice to have you all back. Thank you.

**VAN SUSTEREN:** We don't know — as Ted just noted, we don't know if Anna Nicole's death is an accident, natural causes or a crime. We do know that the medical examiner's report is expected any day.

Joining us, forensic pathologist Dr. Michael Baden.

**DR. MICHAEL BADEN, FORENSIC PATHOLOGIST:** Hi, Greta.

**VAN SUSTEREN:** Good evening, Dr. Baden. Dr. Baden, am I wrong to sort of be stuck on the sort of large amount of methadone in the refrigerator?

**BADEN:** No. I think you're absolutely right. And the way it was given — it was sent under a false name. This was not distributed in the way that it normally would be distributed. And it would only be distributed if she were a heroin addict. Methadone works specifically on other narcotic drugs. Remember, there's some Vicodin or Oxycontin, some other drugs in that refrigerator also. So if Anna Nicole was taking various narcotic drugs that were prescribed for her and sent to her improperly, that may be the reason that they're looking for some criminality.

**VAN SUSTEREN:** So they probably — so they — so — an alleged criminal investigation — I use "alleged" because, you know, we don't know for sure — could be that they aren't looking into necessarily why she died but it's rather how she got the drugs and whether there was some criminal behavior in — in — with that.

**BADEN:** I think that's exactly right because they — Dr. Perper knows the cause of death at this stage. All the medical stuff has been completed — the autopsy, toxicology. He knows the cause of death. It's the manner of death that I think is being further evaluated. Remember, a homicide is different for medical examiners than for lawyers.

**VAN SUSTEREN:** Dr. Baden, were you taught or is it understand within the medical profession, if you have someone particularly vulnerable to some sort of drug or whatever — I mean, the person's an addict or (INAUDIBLE) excessive prescribing and actually handing the drug to the person, is that considered a crime?

**BADEN:** Yes. If a physician is writing script or as — a lot of illegal drugs get on the street because physicians overprescribe for certain patients, certain drug users to get money. And we would call that kind of a death homicide if illicit drugs were taken and given to a person and caused death. Now, whether or not it's a crime is up to the prosecutor and the district attorney. But by saying homicide, it means death because of what some other person did, in this case, supplied drugs.

**VAN SUSTEREN:** All right. Well, then I would not be so quick to dismiss this as simply a routine — it may be a routine discussion between the prosecutor and the police, but I would have my antennas a little bit up. Anyway...

**BADEN:** I agree.

**VAN SUSTEREN:** All right, Dr. Baden. Thank you.

What does Anna Nicole's mother, Virgie Arthur, think about this development? And what about the paternity fight over Dannielynn. Joining us, Virgie Arthur's lawyer, John O'Quinn. John, Welcome back. Last night, we didn't have mu9ch time, and you wanted to speak in greater depth about this whole issue about whether or not your client, Virgie Arthur, the grandmother of this child, should have custody of this child. So take it away.

**JOHN O'QUINN, ATTORNEY FOR VIRGIE ARTHUR:** OK, Greta. Thank you very much. In the law, there's two phrases that control custody. One phrase is, Do what's in the best interests of the child. The other phrase is, Who is fit to be a paren:? And in this case, what's in the best interests of Dannielynn is that her grandmother mother her and provide maternal support, love and affection.

**VAN SUSTEREN:** All right, let me stop right there...

**O'QUINN:** It's not — it's not — no?

**VAN SUSTEREN:** I mean, just let's take this one by one.

**O'QUINN:** Go ahead.

**VAN SUSTEREN:** Best interests — that's the first point? You say that it's in the child's best interest.

**O'QUINN:** Correct.

**VAN SUSTEREN:** All right. Would you agree that a parent, instead of a grandparent, might be — is — in the law would have priority over a grandparent in terms of best interests, assuming that the parent is not a drug addict or a ne'er-do-well of some sort?

**O'QUINN:** Not in this case because a parent — either of those men are nothing but sperm donors. They're like one-night stands. They had maybe sex one time, not sex to create a child, not have any interest to have a child, just sex. And here's this fellow, Stern, who is sneaky and whatever. He won't even have a blood test to prove that he is or is not the parent  That is a not a fit person that is not willing to come forward as an honest man and say, I will take the blood test. I will let the court know for sure what my status is regarding this child.

**VAN SUSTEREN:** All right. Now, let me just stop you...

**O'QUINN:** And also, he...

**VAN SUSTEREN:** Let me — let me talk about Howard K. Stern. Let me answer that, just, you know, to get — we'll take them one by one. Howard K. Stern, you say, is not fit, that he's sneaky, won't do the test. Look, I have lots of objections to him not allowing that baby to be swabbed so that paternity can be established. But he has certainly cared for that child and — since the day the child was born, living in the same household. I mean, he's not unfit in that he's going to harm the child. Do you agree?

**O'QUINN:** I do not agree with that. Howard K. Stern is going to do whatever helps Howard Stern. Remember, he was trying to strike a bargain with Larry Birkman (SIC) that he would yield and let Birkman have custody if Birkman would make sure that Stern got to run the estate of Anna Nicole. Stern's motives, Stern's agenda is to keep control of the money.

**VAN SUSTEREN:** All right. Now, you characterized both of them as one- night stands, sperm donors. Let me take to you task a little bit with that. And that's not to take away from Virgie as the grandmother. But both of them had long-term relationships with Anna Nicole in various forms. Howard K. Stern's been living with her at least since — I mean, off and on, I mean, he's had something for several years of a relationship with her. And Larry Birkhead had a relationship with her and even sought to establish paternity right after the child was born. So it's not like these are runaway dads or attempting to be runaway dads.

**O'QUINN:** Stern was a user. He used Anna Nicole. He wasn't there for any other reason. Remember, Anna Nicole took a massive amount of drugs while she was pregnant with Anna — with Dannielynn. That was dangerous to Dannielynn. And Stern is the one that got the drugs. He got — they had so many drugs, they got them from more than one doctor. And he took them around in a duffel bag — he being Stern — and fed them to Anna Nicole while she was pregnant, which is absolute insanity when it comes to not only the health of Anna Nicole, but the health of the baby.

**VAN SUSTEREN:** All right, you say Howard K. Stern...

**O'QUINN:** This man's not showing real concern.

**VAN SUSTEREN:** You say Howard K. Stern. What about Larry Birkhead? Are you saying that he is unfit?

**O'QUINN:** I'm saying that Larry Birkhead should not have custody ahead of the grandmother. I'm not saying anything else about that. I don't know what, if any, involvement he had with the drugs. I do know he had a very brief relationship with Anna Nicole. He was a photographer, took her picture, apparently had some sex with her.

Look, the main thing is who's going to have custody right now? This is a 5-month-old child. All the child psychologists tell us

that the first five years of the life of a child are absolutely crucial to their long-term health and happiness. And who is going to take care, while these two guys skirmish about who's going to take a blood test, who's not going to take a blood test, whether it's going to be in California or it's going to be in the Bahamas, dancing, dancing, dancing, dancing!

VAN SUSTEREN: I agree. I'm with you on the DNA swab. One final question. There is a paternity hearing Friday in the Bahamas. Are you — do you intend to be there? Does your client intend to be there? Are you going to assert demand for custody at that hearing?

O'QUINN: We both will be there, and we'll ask for interim custody at this time in order to provide a life for this child. And it's subject, of course, to (INAUDIBLE) later if these men ever do take a blood test and it's ever proven either one of them is the father.

VAN SUSTEREN: All right, I lied. I have one more. How is Virgie doing, by the way? How is the grandmother doing?

O'QUINN: This is an extremely hard time of her life. Not only has she lost her daughter, she lost her grandson, who died in the presence of Stern of a drug overdose. She now has a granddaughter who's still in the hands of the man who all arrows (ph) are pointing to as having killed her daughter and her grandson, and she's worried sick about what's going to happen to her granddaughter.

VAN SUSTEREN: All right. Well, of course, I'm not going to belabor the point. You know, there's been nothing to suggest — not — there's been no even allegation that he killed the grandson or the daughter. But I heard what you said. All right...

O'QUINN: There are allegations.

VAN SUSTEREN: All right. Well, OK. Well, they're your allegations. And so, well, we'll see what happens on Friday. Good luck, John, and I hope you come back.

O'QUINN: Thank you, Greta.

*Content and Programming Copyright 2007 FOX News Network, LLC. ALL RIGHTS RESERVED. Transcription Copyright 2007 Voxant. Inc. (www.voxant.com), which takes sole responsibility for the accuracy of the transcription. ALL RIGHTS RESERVED. No license is granted to the user of this material except for the user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon FOX News Network, LLC'S and Voxant, Inc.'s copyrights or other proprietary rights or interests in the material. This is not a legal transcript for purposes of litigation.*

SEARCH                                                                                    GO

Click here for FOX News RSS Feeds

Advertise on FOX News Channel, FOXNews.com and FOX News Radio
Jobs at FOX News Channel.
Internships At Fox News (Summer Application Deadline is March 15, 2007)
Terms of use.  Privacy Statement.  For FOXNews.com comments write to
foxnewsonline@foxnews.com;  For FOX News Channel comments write to
comments@foxnews.com
© Associated Press. All rights reserved.
This material may not be published, broadcast, rewritten, or redistributed.

Copyright 2007 FOX News Network, LLC. All rights reserved.
All market data delayed 20 minutes.



**CNN.com.**   Member Center: Sign In | Register

SEARCH   • THE WEB   ○ CNN.COM   [                    ]   Search   powered by YA

**News Alert»**   Adam "Pacman" Jones of the Tennessee Titans was suspended for the 2007 NFL season and of the Cincinnati Bengals received an 8-game suspension -- both for violations of the NFL's conduct policy.

Home Page
World
U.S.
Weather
Business
Sports
Analysis
Politics
Law
Technology
Science & Space
Health
Entertainment
Offbeat
Travel
Education
Special Reports
Video
Autos
I-Reports



Can your mailbox handle it?

Start Free Trial

SERVICES
E-mails
RSS
Podcasts
Mobile
CNN Pipeline

# TRANSCRIPTS   Transcript Providers

**Shows By Category:**

**Return to Transcripts main page**

## NANCY GRACE

**Inquest Opens in Bahamas in Death of Anna Nicole Smith`s Son Daniel**

Aired March 27, 2007 - 20:00:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

NANCY GRACE, HOST: Breaking news -- day one in the investigation of Anna Nicole Smith young son, Daniel Smith, his death eerily similar to his covergirl mother`s, both dead from a lethal mix of deadly prescription drugs. A Bahamian court will decide, was foul play involved in the sudden death of 20-year-old Daniel, found dead at Anna Nicole`s hospital bedside just after she delivers baby girl Dannielynn?
And tonight, Amber Alert, live to Washington state. The search turns desperate for a 4-year-old girl and her 2-year-old little brother, the two believed to be in extreme danger.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: An unusual silence where two young children normally play, 2-year-old Lars Baugher and his 4-year-old sister, Remi, missing now for more than 24 hours. The children were last seen Saturday in nearby Waitsburg. The father, John Baugher, apparently took the kids to have lunch with a friend of his. Baugher got into some sort of dispute there just before taking off and hasn`t been seen since. The children`s great uncle, Pierre (ph) Remilard, says their father, John Baugher, has a history of making bad decisions and has battled anxiety. In fact, Remilard says, the courts haven`t allowed Baugher to see his children for the past several months.

UNIDENTIFIED MALE: He has a history of being unstable, especially under any -- he has a lot of anxiety and he has a stressful life. There`s a lot of anxiety in the family right now.

(END VIDEO CLIP)

GRACE: Good evening, everybody. I`m Nancy Grace. I want to thank you for being with us tonight.

First, live to the Bahamas and the investigation into the mysterious death of Anna Nicole Smith`s son.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Twenty-year-old Daniel Smith came here to the Doctors Hospital in Nassau, came to celebrate the I But three days after she was born, he was found dead in his mother`s hospital room. A medical examiner says he died of an o and two antidepressants. Police have now determined his mother died of an overdose, too, although the drugs were different. determined, was accidental. But was the son`s death an accident, suicide or something else?

UNIDENTIFIED MALE: He was fine when he came to see his newly born sister, and for him to just suddenly drop down dead

┌advertiser links┐

**Mortgage Rates Near 40-Yr Lows**
$310,000 Loan for $999/mo. Think you pay too much? Se payment.www.LowerMyBills.com

**Don't Quit Your Job**
Take classes online and earn your degree in one year.ww

**Refinance and Save $1,000S**
$150,000 Mortgage for $483/month. Compare up to 4 free quotes.www.pickamortgage.com

**Refinance with Bad Credit**
Compare up to 4 free quotes. Serious refinance requests only.www.homeloanhelpline.com

○ Yes

○ Yes

○ Yes

Submit

questions.

UNIDENTIFIED FEMALE: Now, as part of the inquest into his death, 40 witnesses will be questioned, including hospital staff, t
police from the U.S. Another person authorities here definitely want to talk to, Howard Stern.

UNIDENTIFIED MALE: Oh, he'll be a key witness because he is the only surviving person who was in that room when Daniel

UNIDENTIFIED FEMALE: Anna was in the room. Daniel slept next to Anna in the same bed, and Howard slept in the bed next to
(SIC). I mean, it's absolutely ludicrous to suggest a third person did something.

VIRGIE ARTHUR, ANNA NICOLE SMITH'S MOTHER: There wasn't any sign of Daniel taking any kind of drugs other than a
anxiety pill. Somebody had to give it to him. He had to get it from somewhere. I just know that Danny didn't kill hisself  He did

HOWARD K. STERN, ANNA NICOLE'S ATTORNEY/COMPANION: Mrs. Arthur over there went to the media and said that I c
Daniel. It was the absolute, absolute final straw.

UNIDENTIFIED MALE: I've never seen Daniel take anything. As a matter of fact, if anything, he had a deep hatred for any kinc

LARRY BIRKHEAD, ANNA NICOLE'S FORMER BOYFRIEND: I just came to tell the truth, you know, the same thing like with
whatever you can, and they take -- they can take from that what they want, and if it's helpful, it's helpful. If it's not, I'll be on a
I'm just here to do what I think's right to help Daniel.

UNIDENTIFIED MALE: What are your expectations going into today?

UNIDENTIFIED FEMALE: Justice.

UNIDENTIFIED MALE: Justice?

UNIDENTIFIED FEMALE: Yes, sir.

UNIDENTIFIED MALE: And will justice mean what?

UNIDENTIFIED FEMALE: Maybe a healing. I don't know.

(END VIDEO CLIP)

GRACE: Today, day one in the inquest of Daniel Smith, just 20 years old when he died mysteriously there in Doctors Hospital.

Out to Court TV's Jean Casarez. What happened today at the inquest?

JEAN CASAREZ, COURT TV: Well, today was supposed to be the jury inquest, first day. Key word is "jury." Wayne Munroe, th
K. Stern, addressed the court, saying that the jury that normally would preside over the inquest that has already been selected
should now be questioned and cross-examined to see if there is any taint because of all the media publicity.

GRACE: Well, that's very unusual. That's not how the system works in the Bahamas. So this attorney for Howard K. Stern jus
everything screeches to a halt?

CASAREZ: Yes, and this is the president of the bar association of the Bahamas, Wayne Munroe. And he got case precedent,
this that is going to plead his case. He is saying that because of all the pre-trial publicity, that there are jurors now that could be
be fair in the process.

And Nancy, I have to say I was in the Bahamas for quite a while, and as I talked with lots and lots of people, people have defin
especially Howard K. Stern.

GRACE: Well, Jean, you mentioned that Wayne Munroe is the president of the bar association there, but isn't it correct that th
been reversed?

CASAREZ: I don't think that's necessarily true. What I've read right here -- this is a case that just came down in regard -- in Lc
to Diana, Princess of Wales, and Dodi Fayed, an inquest that has yet to be occurred for them. And in the opinion, it talks abou
pre-trial publicity can taint a jury inquest and there should be questions.

GRACE: Take a listen to this.

(BEGIN VIDEO CLIP)

BIRKHEAD: I just came to tell the truth, you know, the same thing like with Florida. You just say whatever you can, and they ta
from that what they want, and if it's helpful, it's helpful. If it's not, I'll be on a plane to go back. So I'm just here to do what I thir
Daniel.

UNIDENTIFIED MALE: What are your expectations going into today?

UNIDENTIFIED FEMALE: Justice.

UNIDENTIFIED MALE: Justice?

UNIDENTIFIED FEMALE: Yes, sir.

UNIDENTIFIED MALE: And will justice mean what?

UNIDENTIFIED FEMALE: Maybe a healing. I don't know.

UNIDENTIFIED MALE: He was fine when he came to see his newly born sister, and for him to just suddenly drop down dead  i
questions.

(END VIDEO CLIP)

GRACE: Out to Mike Brooks, former D.C. cop, former fed with the FBI. He's joining us there in the Bahamas. Tell me what haɪ today.

MIKE BROOKS, FORMER D.C. POLICE, SERVED ON FBI TERRORISM TASK FORCE: Well, Nancy, we started off at about this morning, and all the prospective jurors were in the courtroom, all the attorneys. There were a number of attorneys represe potential witnesses of the 40 witnesses that could come before this inquest. Everybody was there. The judge came in. Everyor

And then Wayne -- representative Wayne Munroe -- one of his cohorts started talking about what Jean was just talking about, in and addressed the court. So then about 10:35, they dismissed all the media who was in the hearing, along with the potentia started talking about these issues. And then they came -- they said, OK, we're dismissing the jury, at about 11:35. They dismis jurors, and they broke for lunch.

Came back at about 2:00 o'clock, the attorneys came back. And then about 3:00 o'clock, all the attorneys left, and the director Bernard Turner (ph), who is the one who is actually going to be representing the government here in this inquest -- he said tha again tomorrow at 2:30. There will not be any witnesses until most likely Thursday.

Now, he said there are 40 witnesses on the witness list. He said as the inquest goes along, because it is an investigation, ther that are going to come before the inquest, or as the investigation goes along, Nancy, there could be more than 40.

GRACE: I was taking a look at the witness list. I've got it right here in front of me, Mike Brooks. And I notice that number 39, th actually the statement of Vickie Lynn Marshall, that is Anna Nicole Smith. So they are counting her statement as a witness. It i Number 40 is Howard Stern. Was Stern present today?

BROOKS: Stern was not present today. As you e saw, Virgie Arthur was here and also, you know, Larry Birkhead was here. Ir right before he left. He said he was going back to California to work on preparing the nursery. He says he will be back here in t somewhere between April 3 and April 10. And keep in mind, Nancy, April 3 there is another hearing here on paternity.

But when I asked the -- when I asked Turner about the witnesses, who would be the first one to speak on Thursday, he said m police officer who took the pictures, the pictures at the autopsy and the crime scene. And then he said they will go sequentially list.

And he said -- and as you look at the witness list, Nancy, 16 of those witnesses are from Doctors Hospital and from Princess N Doctors Hospital where Daniel died, and Princess Margaret hospital where he was taken after he did die. So 16 of them are m those two hospitals. So it should be an interesting three to maybe four weeks.

But sources are telling me once they get through all these procedural matters and get into the heart of the thing, get in to the w move right along. And hopefully, it will.

GRACE: Out to you, David Caplan, deputy New York bureau chief of "Star." Why wasn't Stern in court? Why was he a no-sho to him, he had married Anna Nicole Smith. This was her son, her beloved son. And he was not at the inquest?

DAVID CAPLAN, "STAR" MAGAZINE: Yes, it was a little surprising, but he's not required to be there, as well, so he didn't waɪ simple.

GRACE: You know, I don't know, David, how familiar you are with court proceedings, but very typically, a victim or the deceas up in court, even though there's no legal obligation for them to be there. Why? Because they care. They care about the outcor

David Caplan, do we have any idea where Stern was today on day one of the inquest? I find that interesting.

CAPLAN: Yes. No. He was in the Bahamas. And I think it's a little telling, though, about his personality because don't forget, v hearing in Florida, I believe, he also didn't go for the first day. He came the second day. And I believe -- you know, we're hear that message that he wants to sort of have his lawyers. And it's weird. He almost wants to almost, you know, get away from it. before at the hearing, and it's sort of like he wants to get away -- what's the word I'm -- you know...

GRACE: Avoid.

CAPLAN: That's it. Avoid.

(LAUGHTER)

GRACE: That would be it.

Back to you Jean Casarez. Jean has been on the case in the very, very beginning. Jean, I know Stern was not present in cour me that his lawyer, this Wayne Munroe attorney you're telling me about, stood up and made statements as if Stern is somehov defendant, a suspect, because why? This is an inquest, an inquiry into the cause of death of Daniel Smith, Anna Nicole Smith' sudden and unexpected death. So why do Stern's lawyers take it upon themselves to say they want a bench trial, as if someho of the investigation?

CASAREZ: Because it is Wayne Munroe's responsibility to protect his client, Howard K. Stern. So that is why I think he's doin

GRACE: Protect him from what?

CASAREZ: Protect him from the taint of the media publicity because, as I spoke with people around the Bahamas, this is what K. Stern. He's suspicious. He's a crook. I heard a lot of negative things. So I think it's the duty of Wayne Munroe to have those that they are not filled with the taint and are fair and impartial.

GRACE: Let's go to the lines. Barbara in Missouri. Hi, Barbara.

UNIDENTIFIED FEMALE: Hi. Love your show.

GRACE: Thank you, dear. What's your question?

UNIDENTIFIED FEMALE: I was just wondering -- it's never been brought up, and I read this last year in "People" magazine, e September or October, Daniel had been hospitalized for depression in a psychiatric institution. And I'm wonder if that s going f possibility to show what his mood was.

GRACE: Interesting. Now, that seems to be making a connection, Barbara in Missouri, to suicide. And I don't believe there's a suicide, but I would also like to know about his frame of mind. Back to you, David Caplan. Do we know anything about that?

CAPLAN: Yes. Absolutely. About a month or so before he arrived in the Bahamas, he was hospitalized for depression. And we was depressed. He was having allegedly girl troubles, personal issues. And actually, at this hospital where he checked into, th prescribed one of the antidepressants which Cyril Wecht found in his system.

GRACE: I want to go to a special guest joining us tonight, Jack Harding, private investigator. He was contacted by the deceas Smith, just before Daniel Smith died, and he made some very interesting revelations to Mr. Harding. Mr. Harding is joining us f you for being with us. When did Daniel visit you?

JACK HARDING, PRIVATE INVESTIGATOR: He visited me, oh, I guess it was about, oh, a month after I met him and probabl he left for the Bahamas. I didn't even know he left. And he -- he didn't seem depressed to me, and he didn't seem anorexic, a clear. His eyes were clear.

He was really upset about his mother. And when he made phone calls to his mother, Stern would hang up me that Stern had given orders to the staff that any time that he would call, to hang up on him. And the boy was frightened to c according to what he told me, and to the point that, you know, he would be a little nervous there.

I know that he had a break-up with his girlfriend. That upset him. And that's natural. And what got me was that when I told him case until I got paid, and so forth, he said he would get back to me. Now, the mere fact that the police found my business card me that he still wanted to get back to me. And I don't know if Stern had seen this card or not. That -- that's something else.

But he -- as I said, he was frightened to death. And he was -- wanted to help his mother. He loved his mother very much. A was played to me over the phone by "Globe" magazine that they had -- it was a clip where his mother told him that he had a ba that is. And he said, Momma, really, do I have a baby girl? I have a baby girl? I really do, Momma? And she said, Yes, darling, Really? Really? Can I come down and see the baby? Can I come down and see the baby, Momma? And she said, Yes, pump said, Really, Momma? Really? Really? Can I? And that showed me that he was starving to death for the love of his mother. Ar wanted to protect his mother.

And this is really suspicious to me, the way that this whole thing came out. His mother -- that is -- he passed on with an overdc sudden, his mother passes over with an overdose. You know that the child -- especially when she was being given drugs wher the child is going to have a trace of narcotics in her system. Now, what's to say that later on, if Stern was to get custody of the child would have an overdose? And who gets that money?

GRACE: Well, of course, there's been no suggestion by authorities that homicide has played a role, but let's just take a look a between the death of Anna Nicole Smith and her son, 20-year- old Daniel. Both died during daylight hours. Both died within th nurses, both with antidepressants in the system, both with sleep aids. Both given drugs by multiple sources. Both died of a cor found dead in the presence of those they trusted. Both set to inherit large sums of money. Both had methadone in their systen from home. There are even more similarities, in my mind.

To you, Jack Harding. It's very disturbing to me that both died after just falling to sleep. They both go to sleep at night  Daniel v mom's hospital room. They both wake up dead. The MO of both of their accidental deaths are extremely similar.

HARDING: Yes. Yes, that's true.

GRACE: We'll all be right back. We are taking your calls live. And when we come back, we'll be joined by medical examiner D

Let's go to tonight's "Case Alert." A judge sentences a Georgia couple to life plus 30 behind bars on the murder of their 8-year and Joseph Smith locking the boy inside a wooden box and forcing him inside a closet for hours as punishment for not praying on-line church services.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Twenty-year-old Daniel Smith came here to the Doctors Hospital in Nassau. He came to celebrate t sister. But three days after she was born, he was found dead in his mother's hospital room.

UNIDENTIFIED MALE: He was fine when he came to see his newly born sister, and for him to just suddenly drop down dead r questions.

(END VIDEO CLIP)

GRACE: It certainly does raise a lot of questions. Tonight, we are talking about day one into the inquest in the death of Daniel Smith's 20-year-old son, who died unexpectedly and suddenly there in the hospital with her after she had delivered her baby g

Joining us tonight, Dr. Joshua Perper. As you know, he conducted the autopsy on Anna Nicole Smith. Dr. Perper, you have tol many, many deaths due to a deadly and sometimes unintentional combination of drugs. But Dr. Perper, you've got to see the s deaths of Anna Nicole and her son, Daniel. They're eerily similar.

DR. JOSHUA PERPER, BROWARD COUNTY MEDICAL EXAMINER: Well, by the same token, you have to see the cifferenc against the others. And there are clear differences. There were methadone -- in one case, methadone was a cause of death. I wasn't. In the case of Anna Nicole Smith, the major cause of death was chloral hydrate. This was not the case with her son.

In one case, Anna Nicole Smith, she had an infection which was accompanied by high fever. In the case of her son, it wasn't. this was apparently a minor depression or an occasional one. In the case of Anna Nicole Smith, it was a chronic depression. S

balance both.

But I cannot speak about the son because I didn't do a thorough investigation in this case, and therefore I don't feel competen

GRACE: OK. Dr. Perper, didn't Anna Nicole Smith have methadone in her bile?

PERPER: Yes. But this methadone in her bile didn't have any impact on her death or on her consciousness. It was just there.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

BIRKHEAD: I just came to tell the truth, you know, the same thing like with Florida. You just say whatever you can, and they ta
from that what they want, and if it's helpful, it's helpful. If it's not, I'll be on a plane to go back. So I'm just here to do what I thir
Daniel.

(END VIDEO CLIP)

GRACE: Welcome back. Today day one in the inquest of Daniel Smith. That is the young son of covergirl Anna Nicole Smith. I
at the age 20 at his mother's hospital bedside right after she delivered.

Out to you, Jean Casarez. Let's go back over a recap regarding what happened to Daniel Smith.

CASAREZ: Well, Daniel Smith flew to visit his mother in the Bahamas three days after his little baby sister was born. He went
airport to the hospital. He was there with her and Howard K. Stern for a number of hours, and then literally collapsed, I think or
And he was dead within minutes, I believe. But it was hours after he got into the commonwealth.

GRACE: To you, David Caplan, with "Star." Why has it taken so long for the inquest?

CAPLAN: It was initially slated to happen in October, but then at the time, they had their own legal wranglings in the Bahamas
just simply postpone it until now.

GRACE: You know, out to you, Ray Giudice. You're a defense attorney. It seems very odd to me that Howard Stern's attorney
Stern is the target.

RAY GIUDICE, DEFENSE ATTORNEY: Well, Nancy, I think he's going on the offensive for what he anticipates is a process th
his client. And I can't blame him at all. I think he's doing the right thing.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: She died tragically and, I believe, quite accidentally as a result of the cumulative effect of three brain d

UNIDENTIFIED MALE: Anna Nicole, the mother of Daniel, is dead, and Howard's the only one who's alive who was in the roo
our interest to speak to him, to find out exactly what happened in the room.

LILLY ANN SANCHEZ, HOWARD K. STERN'S ATTORNEY: Howard will make his own comments in due time.

(END VIDEO CLIP)

GRACE: That's right. That is his criminal attorney, Lilly Ann Sanchez, speaking yesterday that Howard K. Stern would speak c
never happened. We're still waiting on that.

Today, day one in the inquest in the death of a young man, 20 years old, still just a baby himself. I guess that's going to be rule
just like the death of his mother. What I don't understand -- to you, Dr. Joseph Deltito, psychiatrist -- is how can there be an ac
nine different drugs in your system?

JOSEPH DELTITO, PROFESSOR OF PSYCHIATRY: Well, by accident, I think they really mean just that there was no eviden
upon her. But it's not accidental if someone is giving her the drug, if she's taking it under different names. Certainly it's not an
sense. There still may be culpability here for someone. And no rational doctor would have described this combination of drugs

GRACE: Let's unleash the lawyers. Joining us tonight, Virgie Arthur's lawyer, he is a veteran trial lawyer out of Houston. Also
Charles out of New York, Ray Giudice out of Atlanta. Welcome, counsel.

You know, to you, Midwin Charles, I don't see it. Is it an accident? She had nine different drugs in her body. He had at least th
that drugs are prescribed in somebody else's name and they were given to the deceased? Is it an accident they both lay there
nobody does anything? Anna Nicole Smith was blue, for Pete's sake, before 911 was called.

MIDWIN CHARLES, DEFENSE ATTORNEY: Well, we can't deny that there are a number of similarities here between the dea
Smith, as well as Daniel. However, they did obtain the drugs from various different sources, which could explain this accidenta

GRACE: Accidental. Accidental. To you, John O'Quinn, what is your analysis?

JOHN O'QUINN, ATTORNEY FOR VIRGIE ARTHUR: I'd like to add one more circumstance. Howard Stern was there when b
sick and died.

GRACE: You know, what's another thing that's disturbing, John O'Quinn -- and I'm not doubting Joshua Perper. If you look at
thousands, literally thousands of autopsies he's performed, his analysis is not incorrect. My concern is about the investigation
that analysis, Mr. O'Quinn. Two people dying of accidental drug overdoses, including some of the same drugs?

O'QUINN: I agree with you entirely. The fact that he concluded, Perper concluded that it was a drug overdose, I don't quarrel
quarrel with his talents to figure that out. But he basically based his story on what happened based on what Howard Stern told

the murderer to tell us how this person died. You don`t necessarily get the truth.

GRACE: Well, again, before we call Stern a murderer...

O`QUINN: OK, OK. He`s acting like he`s the one. He storms into court this morning, demands that his lawyers pick the jury, de be thrown out of the courtroom. I mean, what`s going on here?

GRACE: Well, I agree. I don`t understand why he has the position -- he was a no-show at court. He didn`t demand anything. H You`re correct about that. He has not been named a murderer. He`s not been named a suspect. In fact, according to Dr. Perpe accident.

But, Dr. Perper, it doesn`t turn your head around just a little bit to know that the son died under very similar circumstances in s his mother`s death?

DR. JOSHUA PERPER, BROWARD COUNTY MEDICAL EXAMINER: Well, I think that the question is the following. If you su play, and you have a suspect, and if you theoretically assume that they will go to court, do you think that any court of aw woul presence of homicide based on the evidence available? Not in a thousand years.

GRACE: Dr. Perper, you`re absolutely right. With what we know right now, you are absolutely correct. No one would return a g known right now. And another thing, to you, Dr. Joseph Deltito, following up on what Dr. Perper just said, think about it. Look a see of Stern. Look, we all know who we`re talking about. We`re talking about Stern.

Look at the pictures of him. He`s holding the umbrella. He`s carrying the bags. He`s lifting the train. He`s helping her up, helpir her this, bringing her that. Do you really think that he has the will, the fortitude to actually commit a murder? I don`t know that I

DELTITO: Well, he might not have wanted her dead. He may just have been someone who felt, here, honey, take a little meth take a little Lexapro to make you feel better. You know, he may not have wanted the outcome of death, but he may have been facilitated the drug use in a particularly dangerous way.

And I think the real connection between the two is the methadone, the methadone which it wasn`t an intoxicant that killed her, in methadone withdrawal and was probably taking these other drugs to treat the methadone withdrawal that she was in, becau some reason why she`s taking all these sedating -- not antidepressants. They`re not antidepressant medicines. They`re sedati was taking.

GRACE: You know, back to you, David Caplan, the bureau chief of "Star" in New York, I was reading a synopsis of what she v basically hell, the last hours of her life. And it suggested that she went and sat in a dry bathtub, and she was dry heaving and r there was emesis, vomit, in the bathroom sink. There was some type of vomit or discharge there in the bed. Couldn`t everybod dying?

DAVID CAPLAN, "STAR" MAGAZINE: I mean, it was very -- you know, it was very shocking -- it should come of no surprise to even bothered to help, despite, you know, what she is saying, this is outrageous.

GRACE: And, Dr. Perper, I saw there was bloody fluid on her bed sheet. Was that coming from the abscesses, do you think?

PERPER: I didn`t think that it was bloody fluid. It looked more like a diarrhea fluid.

GRACE: So she was throwing up, having diarrhea, couldn`t keep anything down. Oh, Dr. Perper, that reminds me of somethin the things that were listed by her bed stand. She had all of these prescription bottles. She had the gum you chew when you`re It looked like she was living off SlimFast and not really eating. I know she tried to keep down a little omelet but couldn t.

I mean, how does that affect your body, Dr. Perper, when you go indefinitely on diet pills, and you`re drinking SlimFast, and yo various drugs?

PERPER: Well, she was a number of -- first of all, the drugs were both antidepressant and anti-anxiety. It`s not correct to say t antidepressant, the three drugs.

Second, there were no nine drugs. There were only five drugs. The first was chloral hydrate. There were three antidepressant, antihistaminic drug, Benadryl. And, obviously, those three drugs, the anti-depressant, can cause confusion. People are counse not to operate machinery. And sometimes confusion can be a result of those drugs.

And I think that there was information in the media that at the time she appeared to be very confused in her behavior. So it`s c her behavior, as described previously and the presence of drug in her system.

GRACE: Back to you, Mike Brooks, joining us from the Bahamas. What now? Stern`s lawyers have managed to put the kibosh They`re going to have an argument tomorrow about what?

MIKE BROOKS, FORMER D.C. POLICE: Well, Nancy, they`re going to continue their argument on what they were talking abo impaneling of the jury. So hopefully -- we`re hearing that hopefully this will be done tomorrow. Thursday we`ll get the first witne we`ll get the ball rolling. And, you know, this could still last maybe three to four weeks. But hopefully get the ball rolling on Thu

(COMMERCIAL BREAK)

(NEWSBREAK)

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: He`ll be a very key witness, because he`s the only surviving person who was in that room when Danie Nicole, unfortunately, has died, and (INAUDIBLE)

(END VIDEO CLIP)

GRACE: Day one of the inquest in the death of 20-year-old Daniel Smith, the young son of Anna Nicole Smith. To you, Jean C quite understand the objection that Howard K. Stern`s attorneys lodged. What is their standing in court?

JEAN CASAREZ, COURT TV: Well, first of all, they`re an interested party, and their client is going to be a witness. And you ca attorney to basically examine you after the registrar general, the police inspector, questions you as part of the direct examinati

GRACE: Oh, I understand he was being a witness. But to go to the judge and say, hey, we don`t like the whole setup  we don` do it our way, that`s crazy.

CASAREZ: But, you know, Nancy, you can ask Mr. O`Quinn this, and I think I`m right on it. Remember last week in the Baham was made to the Texas attorneys being there for the proceedings, and they were ousted from the courtroom from the Bahama Wayne Munroe, once again, that made a motion to the court that only the parties and their attorneys should be there.

GRACE: Is she right, John O`Quinn?

O`QUINN: ... that was in court with a judge in a judicial proceeding.

GRACE: Was it Wayne Munroe?

O`QUINN: This was inquest. It`s an inquest. There are not parties in an inquest.

GRACE: Right. But was it Wayne Munroe that met Howard K. Stern`s lawyer that did it? OK.

O`QUINN: Oh, yes, Wayne Munroe, you`re correct about that.

GRACE: Yes, yes, yes. OK, to you, Midwin Charles and Ray Giudice, very quickly, because I want to get to those two missing Washington. The liability, if any, of an enabler in our judicial system, what about it, Midwin? Would Stern face any liability if he enabler? Remember the testimony about that duffel bag full of drugs he got her in the hospital?

CHARLES: Absolutely. If he`s found an enabler, he certainly can face charges of murder or manslaughter. I mean, at this poin because we don`t know his full involvement.

GRACE: You know, though, I don`t see liability for murder or manslaughter as an enabler, Ray Giudice.

GIUDICE: No, Nancy. The most important similarity that everybody is glossing over is that both Anna Nicole and her son were abusers. And if there`s any civil liability, somebody ought to look at these doctors who wrote multiple prescriptions for her unde names.

GRACE: But, Midwin, we don`t even know if all these doctors knew about each other.

(CROSSTALK)

GRACE: ... wrote all to Stern and Anna Nicole.

GIUDICE: But they also wrote prescriptions under false names to her.

GRACE: That`s true.

GIUDICE: And there are reports that Anna Nicole was quaffing methadone from the bottle like it was Gatorade. So not only wa drugs in the amounts the way she got them, but she wasn`t taking drugs the way they`re ordered by the doctor.

(CROSSTALK)

GIUDICE: No. But why don`t we get some of these investigators and journalists to stop accusing Stern of killing this girl and he telling you, if they want to listen to some free legal advice, they better look at the law on slander and libel in this country. They` There`s no D.A. in this country that will draft an indictment on this case.

GRACE: You`re right, but you`re so way beyond the scope. I just didn`t think I could stop the runaway train that you just were.

Back to you, Midwin Charles, liability, that`s the question. I don`t see criminal liability with Howard K. Stern. I just don`t see it. E potentially file a civil suit?

CHARLES: Someone could file a potential civil suit, but also, Nancy, let me just take you on a tangent for a moment here. I do liability here, because if Howard K. Stern knowingly, with intent, supplied Anna and Daniel with those drugs, he certainly could charges.

GRACE: OK. We`ll find out more as the inquest continues, whenever Howard Stern`s lawyers decide they can go forward with the Bahamas. I guess they`ll get going.

I want to tell you about two missing kids in Washington state. Take a listen.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: It`s hard to just stand back and wait, but we can do -- we can`t do anything else. And we have a lot of believe that the children are protected. I don`t believe that John would harm them. If he knew the damage that he was doing to I don`t feel that he would do it.

UNIDENTIFIED MALE: The children are now likely in other clothing, at least with regard to the jacket and the shoes that were Amber Alert.

(END VIDEO CLIP)

GRACE: These two little children, ages 4 and 2, go on a custodial visit with their father. They have not been seen again. They brought back on Sunday. The van has been found empty. The little boy`s coat is in the van. The van was found about 80 miles border. We think there`s a problem tonight.

CNN.com - Transcripts

The search has turned desperate, but I`m hearing we`ve got some breaking news. To Karinna Shagren with KXLY, what`s the

KARINNA SHAGREN, REPORTER, KXLY: Well, Nancy, we just learned within the last 20 minutes or so that the FBI has infor believe John Baugher may be in the Missoula, Montana, area. Not elaborating, they say that there isn`t much new information know the children have not been found.

We also know that Walla Walla police department says John Baugher is an avid hitchhiker. He often hitchhikes between Seatt certainly knows how to get around the area without his own vehicle. So it wouldn`t be too out of the question to be somewhere

Police are also looking into the possibility that he may have dropped the children off with another adult, so certainly things cha very fluid case...

(CROSSTALK)

GRACE: There`s an alleged sighting of him, but not the kids?

SHAGREN: I don`t want to say alleged sighting. Again, the FBI is not really elaborating on why they believe Baugher is in the I do have information which makes them believe that.

GRACE: It`s my understanding that Walla Walla is about 400 miles from Missoula. I want to go to another special guest in add Captain Dan Aycock. He is with the Walla Walla Police Department.

Captain, thank you for being with us. Isn`t it true that the father had only had supervised visits? The mom had made some seri against the father, and that was being investigated, and this would have been the first weekend he had non-custodial visit?

CAPT. DAN AYCOCK, WALLA WALLA POLICE DEPARTMENT: Yes, that`s true.

GRACE: Oh, good lord! What happened, Captain?

AYCOCK: They went through a court process involving the kids and the married couple. And the result of that investigation by could not determine that there was a specific and identifiable danger to the kids, so apparently the judge felt that he had no ch request for visitation.

GRACE: So the judge grants the request for unsupervised visitation, and now these two little children, Remi and Lars are gone left in the van.

Captain, what can you tell us about the location of the van in connection to the Canadian border?

AYCOCK: Like you said, it`s probably in the neighborhood of 80 miles from there. The land in that area is variable. There`s mo some scrub land, farmland, and that kind of thing, very open and very sparsely populated.

GRACE: Well, Captain Aycock, it would seem to me, if he were trying to cross the border, he would ditch that van, because it right down to the name plate -- I mean, to the tag plate.

AYCOCK: Absolutely. And that`s one of the reasons we`re not really concerned about him probably going over the border for t of the information we`ve received from contacts suggested that he would not go to Canada.

GRACE: To Karinna, were the toys still in the van, as well, the children`s toys for the visit?

SHAGREN: You know what? I`m not aware of any toys. We were certainly at the children`s home. There were toys spread out sad to see an unusual silence at the home where two kids normally played. But I`m not aware of any in the van.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: Well, he has a history of being unstable, especially under any -- he has a lot of anxiety, and he has a s was the first visit in quite some time. And so we were reluctant, but the authorities could not keep him from seeing them.

(END VIDEO CLIP)

GRACE: The authorities, the judge could do whatever they want to do. And they were hell-bent on letting this guy have unsupe year-old and 2-year-old little boy, even in light of his unstable background. Now they`re gone.

Back out to Captain Dan Aycock with the Walla Walla Police Department. Captain, again, thank you for being with us. I`m con understanding that the little boy`s coat and the toys were still in the van.

AYCOCK: The coat from the little boy was left there and at least part of the toys and the belongings that were characterized as were still in the van, yes.

GRACE: What`s disturbing is, if the children are there, their toys and their coats would be with the kids. That makes me very c children. What`s the latest you`re hearing, this latest FBI report, Captain?

AYCOCK: They`ve characterized it to me as an actual sighting being there in Missoula, Montana, some place, and that`s abou before the phone call came alerting me. So I don`t have the latest on what resulted from that.

GRACE: OK, that tip line, Captain, is 509-527-1960.

Let`s stop to remember Army Sergeant Brandon Allen Parr, 25, Utah, killed, Iraq, second deployment. He enlisted after 9/11. I baseball. Last night, we forgot to tell you about his widow, grieving widow, Shannah, his mother, and son, Nicholas, left behinc American hero.

Thank you to our guests, but especially to you. NANCY GRACE signing off. See you tomorrow night. And until then, good night

END

---

**International Edition**    Languages  ▾      **CNN TV**    **CNN International**    **Headline News**    **Transcripts**    **Advertise with Us**

**SEARCH**    ⦿ THE WEB    ◯ CNN.COM    [                    ]    [ Search ]    powered by YA.

© 2007 Cable News Network.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us. Site Map.

⬆ External sites open in new window; not endorsed by CNN.com
**CNN** [Pipeline] Pay service with live and archived video. Learn more
POD Download audio news  |  RSS Add RSS headlines

Fox News Network

March 27, 2007 Tuesday

SHOW: FOX ON THE RECORD WITH GRETA VAN SUSTEREN 10:00 PM EST

# Inquest Opens in Bahamas in Death of Anna Nicole Smith's Son Daniel

**BYLINE:** Greta Van Susteren, Kerry O'Connor

**GUESTS:** Quincy Parker, Roger Gomez, Dr. Michael Baden, Alex Goen, Harold Schueler, Joshua Perper, John O'Quinn

**SECTION:** NEWS; International/Domestic

**LENGTH:** 6674 words

GRETA VAN SUSTEREN, HOST: Tonight, the inquest. It is now under way, and there are some big surprises in the Bahamas tonight. We have the latest on the inquest into the death of Anna Nicole's son, Daniel, ahead.

But first: His cancer has returned. That news earlier today about Tony Snow, our former colleague here at FOX News and now the White House press secretary. He battled colon cancer two years ago. Now a new tumor, and the cancer has spread to his liver.

(BEGIN VIDEO CLIP)

GEORGE WALKER BUSH, PRESIDENT OF THE UNITED STATES: This morning I got a phone call from Tony Snow. He called me from the hospital. He told me that when they went in and operated on him, they found cancer. It's a recurrence of a cancer that he thought that they had successfully dealt with in the past. His attitude is one that he is not going to let this whip him. And he's upbeat. My attitude is, is that we need to pray for him and for his family.

Obviously, a lot of folks here in the White House are -- you know, worry a lot about their friend, as do Laura and I. And so my message to Tony is, Stay strong. A lot of people love you and care for you and will pray for you. And we're hoping for all the best. I'm looking forward to the day that he comes back to the White House and briefs the press corps on the decisions that I'm making and why I'm making them. In the meantime, I hope our fellow citizens offer a prayer to he and his family.

DANA PERINO, DEPUTY WHITE HOUSE PRESS SECRETARY: Good afternoon. As I was able to tell you this morning, you know that Tony Snow went into surgery yesterday. He told everyone last Friday that he was going to have this surgery. You will remember that he said that the doctors had found a small growth that they had seen over a series of CAT scans and MRIs that had been identified on his abdomen. It was in the area where his previous cancer had been located.

Tony called us this morning and informed us that despite all of our best hopes and expectations, that his doctors, unfortunately, learned that the growth was cancerous, and there has been some metastases, including to the liver.

This news has obviously saddened everyone at the White House, from the president and the first lady, his team, the entire staff. The outpouring has been quite amazing. You heard from the president in the Rose Garden. Of course, all of Tony's family is in our prayers. The president said, Tony, stay strong, and know a lot of people love and care for you and will pray for you, and we'll all look forward to the day when Tony can come back and take the podium again. Believe me, we're looking forward to that.

I spoke to Tony briefly this morning around 9:30 AM. He told me he was up, walking around and comfortable. He will remain in the hospital for several days. That was already part of the plan because it was major surgery that he had. He did not have a lot more detail.

I will try to answer your questions as best I can. But the ones that I can't answer, I will endeavor to get you the answer or I'll just have to tell you that we're not going to be able to answer those questions. Some of them are privacy concerns and health-related.

If you know Tony, then you know that he is a fighter. He plans to take this on with the advice of his doctors. They are in consultation right now, talking about an aggressive treatment to go after the cancer that he said will likely include chemotherapy but that could include other things, as well. And when I have more on, I can provide that to you, as well. All of us -- we gain a lot of strength from his optimism. He told me that he beat this thing before and he intends to beat it again.

QUESTION: (INAUDIBLE) his family, obviously his wife and his children?

PERINO: I don't. I know that Jill Snow, his wife, was with him at the hospital today when I spoke to her. Obviously, this is a family that has been through a lot. And they -- I have never seen such a close-knit family. They really just love each other so much. They're very supportive.

You know, being a press secretary to the United States -- to the president of the United States is not an easy job, but Tony really cut out time for his family whenever he possibly could, and they were very close. And so I'm sure that this is difficult for them, and I know that they appreciate all the prayers that people are offering.

(END VIDEO CLIP)

VAN SUSTEREN: Besides being an extremely nice guy, as noted, Tony is indeed a fighter, and we will continue to keep you updated on his treatment and progress.

Now to the Bahamas. It's not over. The latest chapter in the Anna Nicole saga began hours ago. The inquest into Daniel's death is now under way. Larry Birkhead attracted crowds on his way into court today.

(BEGIN VIDEO CLIP)

2

LARRY BIRKHEAD, ANNA NICOLE'S FORMER BOYFRIEND: I just came to tell the truth, you know, the same thing like with Florida. You just say whatever you can, and they take -- they can take from that what they want, and if it's helpful, it's helpful. If it's not, I'll be on a plane to go back. So I'm just here to do what I think's right to help Daniel.

(END VIDEO CLIP)

VAN SUSTEREN: It appears the inquest will not exactly be a quickie. Already there is a slight delay.

(BEGIN VIDEO CLIP)

BERNARD TURNER, DIRECTOR OF PUBLIC PROSECUTIONS: (INAUDIBLE) expect testimony to be on Thursday. That's no guarantee, as I've indicated previously. We intend to start with (INAUDIBLE) police officers who took photographs and those kind of things. I won't say anything further than that. But once we do get started, we will (INAUDIBLE) the order which was (INAUDIBLE)

QUESTION: Is there anything you can tell us about the reason for the delay?

TURNER: No, there's nothing I can tell you about the reason for the delay in testimony. That is taking place -- discussions of that are taking place in the absence of the jury and of the press, and so I will not discuss it with the press when we come outside of court.

QUESTION: Can you tell us whether it's different from what the press heard while in the court that had to do with the question of a jury being there and how they might be impaneled?

TURNER: I will not speak at all about (INAUDIBLE)

(END VIDEO CLIP)

VAN SUSTEREN: What is the latest with the inquest? Joining from us the Bahamas, Quincy Parker from The Bahama Journal. Quincy, we expected today that witnesses would be called. What happened?

QUINCY PARKER, BAHAMA JOURNAL: Hi, Greta. We all expected witnesses to called today, but before jury selection even happened, which is the first step in an inquest, Wayne Munroe, who appeared for Howard K. Stern, to represent his interests in this inquest, made a request of the court to clear the 12 people who were there for the judge to select a jury from and the press so that he could make submissions.

He mentioned a -- he mentioned two English cases, one in which the deputy royal coroner, Madam -- Baroness Butler-Schloss (ph), had decided that she would have an inquest into the death of Princess Diana and Dodi al Fayed without a jury. And she was later reversed by a higher court. So that led to a lot of speculation that Mr. Munroe was arguing for an inquest to proceed without a jury.

But I understand that that's not, in fact, what he was arguing for. He was trying to get some sort of direction from the judge on the fairness of the jury. His concern is that Howard K. Stern may not get a fair shake in the proceedings, and so he wanted the judge to perhaps question the jury and see how fair the potential jurors would be before they were selected to serve on the seven-person jury panel.

VAN SUSTEREN: Quincy, it sounds like Howard K. Stern thinks he's the target, if he thinks there's going to be some sort of unfairness in this inquest by the jury. Does he think he is the target of this inquest, number one? And number two, why does he not have so much confidence in the jury in the Bahamas?

PARKER: Well, I can't speak to what he thinks, but as far as the concerns about the jury, it's the same concern that the Baroness raised in the British case. It's that you won't be able to find jurors who do not already have strong opinions about the events in question.

So what's likely going to happen is the same thing that would have happened in any event, is that the chief magistrate, Roger Gomez, who is presiding over the inquest, would give the jury very strict instructions as to what they could consider while they are making their findings. He'll probably tell them not to consider anything other than the testimony that is given in the inquest. That's why that testimony is going to be so critical.

But as far as Mr. Stern's, you know, expectations, it's just -- I guess you can draw conclusions from what Wayne said, but other than that, I have not spoken to him, so I can't really say.

VAN SUSTEREN: Well, in speaking to the chief magistrate the other day, I mean, what I've learned that -- this is not the trial, that this is simply a recommendation that's made to the attorney general, who then makes a decision whether or not to charge. If, indeed, some charges were lodged against anybody, at that point, there'd be a jury impaneled to determine guilt or innocence. So I guess that this is just -- I mean, so it's unusual, I guess, in my mind, Quincy. But I'm going to take the last word on that, and we'll continue to see what happens.

PARKER: All right. Greta.

VAN SUSTEREN: Thank you, Quincy.

PARKER: OK. Bye-bye.

VAN SUSTEREN: Well, we've been slipped the witness list. Doctors, nurses, Larry Birkhead, Howard K. Stern, Ford Shelly, Anna's ex-boyfriend, Raymond Martino (ph), California doctor Sandeep Kapoor and more. What will happen inside this inquest? Well, we went straight to the top to find out. Roger Gomez, chief magistrate presiding over the inquest -- he took us inside this very inquest room where it's being done, and that's where he went "On the Record."

(BEGIN VIDEOTAPE)

VAN SUSTEREN: Do you like doing this?

4

ROGER GOMEZ, CHIEF MAGISTRATE: Oh, no.

VAN SUSTEREN: You don't? Why not?

GOMEZ: Oh, I like doing ordinary magistrate court work, but not this particular case. You know, it's...

VAN SUSTEREN: But it's fascinating. Isn't it? I mean, I don't mean this particular case, but just the whole -- you know, any inquest, when there's...

GOMEZ: Oh, generally, yes. Generally. But this particular case, so much media attention and press coverage -- I'm not used to all that, you know?

VAN SUSTEREN: But setting that aside, I mean, I would assume that all mysteries, cause of death are -- or for a lawyer, I mean, it's sort of detective work and legal work. It's fun. (INAUDIBLE) fascinating. Maybe fun isn't the right word.

GOMEZ: This case is really very interesting. It's much more interesting than the ordinary case. It has all the ingredients of a novel, you know? You have sex, mystery, intrigue, you name it.

VAN SUSTEREN: It has everything. Had you ever heard of Anna Nicole before she came to the island?

GOMEZ: Yes. I heard about her before, yes.

VAN SUSTEREN: You did? Did you know she was living here?

GOMEZ: No, not until her son died.

VAN SUSTEREN: Is there going to be an overflow room for people who can't get to see the case in here?

GOMEZ: Yes, we hope to have an overflow room, but we are hoping that we'll be able to accommodate all the press. But if we don't, then there'll be an overflow room just down the corridor that they're trying to get ready now.

VAN SUSTEREN: You don't have cameras in the courtroom?

GOMEZ: No, we don't have cameras in the courtroom.

VAN SUSTEREN: You like the idea or not?

GOMEZ: I think it's good, in a way. But in some cases, you know, it can cause some confusion, I suppose. I did enjoy watching the O.J. case. I thought it was good in that case.

VAN SUSTEREN: (INAUDIBLE) that was interesting.

5

GOMEZ: It gives the public the chance to see exactly what happens in the courtroom because most members of the public never come to court. You know, they don't know exactly what happens in the courtroom, in a real courtroom. They only see it on TV. So that's the good part about having it televised.

VAN SUSTEREN: Are you a strict judge or an easy judge in terms of pushing the lawyers along?

GOMEZ: In between.

VAN SUSTEREN: (INAUDIBLE) patient?

GOMEZ: I think I'm patient.

(LAUGHTER)

VAN SUSTEREN: What's your estimate of how long this inquest will take?

GOMEZ: We estimate about three to four weeks, depending on the amount of lawyers who come. Because you know how lawyers are. They tend to talk a bit long and...

(CROSSTALK)

VAN SUSTEREN: Yes. I do know about lawyers talking. And at the conclusion of all the evidence, the jury actually deliberates?

GOMEZ: Yes.

VAN SUSTEREN: Does it have to be a unanimous decision?

GOMEZ: No, just majority.

VAN SUSTEREN: So there are seven. So four have to agree on a manner and cause of death.

GOMEZ: Yes.

VAN SUSTEREN: What -- is there -- are they instructed towards burden of proof or...

GOMEZ: Yes.

VAN SUSTEREN: What's the burden of proof?

GOMEZ: Beyond a reasonable doubt.

VAN SUSTEREN: And if it hangs? Can it hang?

GOMEZ: No because then it's 4 to 3.

VAN SUSTEREN: So it couldn't get 2, 2 and 1, like (INAUDIBLE)

GOMEZ: No.

VAN SUSTEREN: You've never had that problem.

GOMEZ: No. I hope not to have it in this one.

(LAUGHTER)

VAN SUSTEREN: What do you think is going to be the most interesting part of this inquest for you?

GOMEZ: To find out exactly what happened because some mysteries have been coming out of this. You know, so many questions have been asked, and it will be good to find out exactly what happened because he was only, what, 21 years old, and to just suddenly die like that, and for his mother to die within such a short period. That has also increased the amount of anticipation in this case because she was going to be our leading witness in this case, his mother. Then she died under what seems to be similar circumstances. So I guess that all adds to the intrigue.

VAN SUSTEREN: Does it make it more of a challenge for you that -- I think that a lot of are people watching this, I mean, not just here in the Bahamas, but there's a huge interest in this case.

GOMEZ: Yes. I'm surprised at the amount of coverage this has gotten so far.

VAN SUSTEREN: Why?

GOMEZ: Because my phone doesn't stop ringing!

VAN SUSTEREN: It doesn't? From us, right?

GOMEZ: All over. Press from all over the world.

VAN SUSTEREN: Without Anna Nicole as a witness, I guess that does make your job a lot harder because she certainly had a lot more information.

GOMEZ: Yes. And she would be much more impartial, we think, because it was her son who died. So I think she would have been much more impartial.

VAN SUSTEREN: Why is it being done now? Why wasn't it done closer to the death of Daniel last September?

GOMEZ: Well, it took a while to get all the reports, and the toxicology reports took a couple of months. And then we had to try and find a convenient date. The court's schedule is so booked up, it was very difficult to get an early date. In fact, some of the local Bahamians have been complaining that this case got a much earlier date than the average inquest would get, which is quite true.

(END VIDEOTAPE)

VAN SUSTEREN: Anna Nicole's mother is in the Bahamas for the inquest. And earlier today, we caught up with Virgie Arthur.

(BEGIN VIDEOTAPE)

UNIDENTIFIED FEMALE: Virgie, do you plan on being here every day for the proceedings?

VIRGIE ARTHUR, ANNA NICOLE'S MOTHER: Yes.

UNIDENTIFIED FEMALE: The entire -- for the longevity of it?

ARTHUR: Yes, I do.

UNIDENTIFIED MALE: What are your expectations today, Virgie?

UNIDENTIFIED FEMALE: I'm praying that the right thing will be done.

UNIDENTIFIED MALE: And what's that?

ARTHUR: My children will see justice.

(END VIDEOTAPE)

VAN SUSTEREN: One of our producers, Kerry O'Connor, is in the Bahamas. She has been at the inquest all day. Kerry has the inside track, and she joins us by phone. Kerry, we know Virgie was there. We just saw the tape of Virgie, Anna Nicole's mother. What about Larry Birkhead? Does he -- he was there today. Does he plan to stay throughout the duration?

KERRY O'CONNOR, "ON THE RECORD" PRODUCER: Well, Larry arrived shortly before noon today, while the hearing was adjourned. He has left the island to go back to California. He was told that he will be called to testify. Larry is one of the 40 witnesses on the list at this time. Larry will be called later on in the hearing. As we know, his next scheduled court date for paternity for Dannielynn is scheduled for next Tuesday, April 3, at which time he may not have to return for that hearing, but he will be back as soon as the court tells him they need him to testify in this inquest.

VAN SUSTEREN: All right. The whole time you were there today, did Howard K. Stern make any appearance at all? Not that he was required to, but was he there?

O'CONNOR: No, which was a little bit different than we had thought. There was word around that he might appear just to show his face and to be there and represent himself. But Howard was not present. His attorney, Anthony McKinney (ph), was there. And as we waited for Wayne Munroe, who is currently in a murder trial, he came in after court was adjourned to speak with the chief magistrate and ask him to speak in chambers about certain requests that he had about the jury.

8

VAN SUSTEREN: All right. So tomorrow, there is no inquest; is that right, Kerry?

O'CONNOR: There is no inquest tomorrow. At 2:30, the lawyers for all parties will meet with the chief magistrate, as we say, in chambers. The jury panel and witnesses will not be back in court until Thursday morning, when testimony from witnesses should begin.

VAN SUSTEREN: All right. Do you know who -- we've gotten a copy of a witness list. Do you know who the first witness is expected to be?

O'CONNOR: Chief Magistrate Gomez said that there will be most of the witnesses from Doctors Hospital, where Daniel actually died. And before, that they expect the police photographer that came onto the scene immediately after his death to investigate the scene. He will be one of the first, as well.

VAN SUSTEREN: And how many people do they anticipate? And I realize things can change. but what's sort of the anticipated number of witnesses?

O'CONNOR: As of right now, there are 40 on the list. Due to people being in the United States, they will take some time to see if they will actually come in to attend the inquest. Nobody is required to come, but they have suggested that they come, and they expect them to come as asked.

VAN SUSTEREN: All right. Well, I didn't see the psychiatrist, Dr. Khris Eroshevich, on this, but I did see Dr. Sandeep Kapoor on the list. We'll see who shows up and who does not and how that list changes. Kerry, thank you. And of course, we'll probably talk to you tomorrow might after tomorrow's chambers hearing and certainly throughout this proceeding. Thank you, Kerry.

O'CONNOR: Thank you, Greta.

VAN SUSTEREN: Coming up: Who will testify at the inquest? Well, as I just said, we've got a hold of the witness list. We already told you some of the names, but what are two fired nannies doing on the list? This list gives you a bit of a clue about what prosecutors might be thinking.

And later: Check this out. Tonight, it's your turn to ask the questions of Broward County chief medical examiner. Dr. Perper and the chief toxicologist, Dr. Schueler are here tonight. What do you want to know about Anna Nicole's autopsy and toxicology screen? Ask them now. E- mail your questions to Ontherecord@foxnews.com and then stand by for your questions. That is just minutes away.

VAN SUSTEREN: Was foul play involved in Daniel's death? Now, we have been slipped the inquest witness list. Do the names on the list tip you off as to whether foul play is suspected? And what about the drugs that killed Daniel? We have that list, too.

Joining us, forensic pathologist Dr. Michael Baden.

DR. MICHAEL BADEN, FORENSIC PATHOLOGIST: Hi, Greta.

VAN SUSTEREN: Welcome, Dr. Baden. Good evening.

BADEN: Hi.

VAN SUSTEREN: Now, Dr. Baden, we've given you the same sort of witness list...

BADEN: Right.

VAN SUSTEREN: ... and what's also sort of interesting is that there's a summary of their anticipated testimony. Have you gone through this?

BADEN: Yes, I have.

VAN SUSTEREN: Any tips, anything...

(CROSSTALK)

VAN SUSTEREN: OK, go ahead. Go ahead.

BADEN: The two nannies are interesting because they talk about Anna accusing Howard Stern of causing the death of Daniel, that they heard Anna say these things, according to this list.

VAN SUSTEREN: You know, I thought that was fascinating, as well. And one thing I think that I would look for at the inquest, though, is because there -- I think both of them were fired. And I don't know if they have sort of -- you know, we'll have to -- we'll hear at the inquest whether there's sort of a motive to suddenly say -- Maybe Howard fired them, but...

BADEN: Yes, that's right. You know better than anybody. This is a prosecution theory of the case. And of course, there are going to be defense attorneys that will -- may see it a different way.

I think also, it's interesting because they -- number 39 is going to be a statement from Anna Nicole Smith, however way they're going to do that, which is odd for an inquest, something that she said or did during life that's going to be presented. They have excellent toxicologists, Rob Middleberg (ph) from National Medical Services, who did the toxicology on both the -- Daniel and on Anna Nicole and found the drugs, including methadone in both persons.

VAN SUSTEREN: Let me ask you a question. Paragraph three talks about one of the nurses who was on duty into the evening and into the into the early morning hours when he died. And that's at paragraph number 3. And it says at 6:40 AM, checked again, mother and son still in the same bed, sleeping. Daniel alive. At 7:40 AM, checked again, all asleep. And then the code blue, when there was a problem, wasn't until sometime after 9:00 AM. Would he have had to get up and take one of those drugs to sort of put him over the top to die at that point? Is that -- something -- is that the window, or could it have been taken earlier?

BADEN: If he had taken enough drug to cause his death, he wouldn't have gotten up. So there's an implication as to when he was last seen. He was seen moving

around 6:30, according to the witnesses. Then some other people saw him allegedly asleep. Now, whether he's asleep or whether he's dead after 6:30 is going to be an issue. But if he was awake at 6:30, then he would have had to have taken some more of the drug that would have caused his death.

VAN SUSTEREN: All right. Look at paragraph 25, which is the summary of the testimony, and this is a document that says Ford Shelly, who has been on this program -- it says general drug abuse by Anna -- he'll be testifying to that. He says he saw Howard check Daniel's clothing on 10/9/06. That's about a month after he died.

BADEN: No, no. That's backwards.

VAN SUSTEREN: All right...

(CROSSTALK)

VAN SUSTEREN: You're right.

BADEN: 10/9 is September 10.

(CROSSTALK)

BADEN: They do it a different way.

VAN SUSTEREN: You're absolutely right. Saw two tablets drop out. Howard flushed them down the toilet. And methadone in the refrigerator.

BADEN: That's powerful testimony. Now, they did collect pills from the be, and they did determine that one of those pills was methadone. And so there was methadone in the room. And that's going to be powerful testimony, if, indeed, Howard Stern attempted to get rid of evidence, which, incidentally, when the Seminole Indian tribe says that there was no illicit drugs in Anna Nicole's hotel room, that was after people had an hour to clean things up.

VAN SUSTEREN: And I should point out that it wasn't just -- it isn't just Ford Shelly mentioning drugs. If you look at paragraph 8, it says that an RN, Nadine (ph), came, and it says on her summary of her testimony that she found tablets on a bed and she gave them, apparently, to two people.

BADEN: A lot of evidence was given for study. That's never been revealed because Dr. Wecht revealed what he did in his autopsy, but the Bahamian doctor has never released the toxicological findings. That's going to be very interesting.

VAN SUSTEREN: All right. So we have a summary of this, what they expect, and of course, what you expect oftentimes doesn't necessarily mean it's so. We'll have to wait until it's presented and cross-examined to be certain that, indeed, it is proof or evidence or information, valuable, credible information. Dr. Baden, thank you, sir.

BADEN: Thanks, Greta.

VAN SUSTEREN: Here's a look what's coming up after this show on "The O'Reilly Factor."

(BEGIN VIDEO CLIP)

BILL O'REILLY, HOST: Hey, Greta, let me ask you a personal question. Am I too mean with some "The Factor" guests? We're going to have our body language gal analyze that coming up.

(END VIDEO CLIP)

VAN SUSTEREN: I think you're mean to that Greta van Susteren one. That's what I think, Bill. Anyway, 11:00 PM Eastern time, Bill gets grilled about whether he's too mean.

Coming up: Was Anna Nicole taking drugs to lose weight? And what was up with the Slimfast found in her hotel room? She was the spokesperson for Trimspa, not Slimfast. CEO of Trimspa Alex Goen goes "On the Record." Can he set the record straight tonight? He's next.

And later: What do you want to know about Anna Nicole's autopsy? It's time for you to ask the questions and get the answers. Send an e-mail right now, Ontherecord@foxnews.com. The Broward County medical chiefs are here, Dr. Perper and Dr. Schueler. And tonight, they answer your questions.

VAN SUSTEREN: The Broward County medical examiner has concluded Anna Nicole died of an accidental overdose, but had Anna Nicole been using diet drugs. Was she taking TrimSpa and why was there Slim Fast found in here hotel room? Alex Goen is the CEO of TrimSpa, he was close to Anna Nicole and is a very goof friend of Howard K. Stern.

Welcome back to the program, Alex.

ALEX GOEN, TRIMSPA CEO: Well, thank you for the opportunity, Greta, I appreciate it.

VAN SUSTEREN: Alex, I suppose that you have some sort of thought about the finding of a competitor product in the hotel room when she was your spokesperson how do you explain that?

GOEN: Well, there's nothing wrong with taking TrimSpa with a competitor's product, however, Anna Nicole was not doing that. Her doctor, Khris, used Slim Fast with TrimSpa. Often people take different weight loss products together, there's nothing wrong with it, but Anna Nicole was not taking TrimSpa. Also found on the table was nicotine gum. Anna Nicole wasn't taking nicotine gum, she never had a smoking problem that. That was something that Howard K. Stern was taking.

VAN SUSTEREN: All right now, when was the last time you saw Anna Nicole?

GOEN: Last time I saw Anna Nicole, I guess was back in November -- the end of November when we went down to celebrate her birthday.

VAN SUSTEREN: All right, separate -- let's move off the whole TrimSpa question. When you saw her in November, did you think she was under the influence of any drugs?

GOEN: Absolutely not. She looked real good, she was in good spirits, it was her birthday, we were celebrating her birthday. However, there was a challenge during the celebration which she was just about to blow out her -- the candles on the cake and she started thinking about Daniel and not having Daniel in her life to celebrate any birthdays in the future and she started crying and that probably lasted for about a hour, hour and a half and then we wanted to leave the house. We felt rather uncomfortable, but she insisted that we stay, and we stayed and then we had a chance to blow out the candles -- or she blew out the candles.

VAN SUSTEREN: Have you seen any of the videos we've shown, most particularly -- I mean, the one where she has -- she's put on makeup for a child and then there's also one at Christmastime. You have seen either of those videos?

GOEN: I saw the clown video. I'm not sure about the other one.

VAN SUSTEREN: Is that the Anna you knew or did she seem different?

GOEN: Well, it all depends. I saw the movie Illegal Aliens, I guess, about a month and a half ago or so, maybe a little longer. And if you take a look at the way she acted in the movie, she actually had different scenes where she started to have that kind of act.

I know that often she seemed to like to act like a child and it was just an act and then she'd very quickly come out of it. I was not there during the shooting of that video. But that is the Anna that I've seen when she is acting like a child.

VAN SUSTEREN: Did Howard K. Stern ever tell you or say anything or suggest to you that she was using -- abusing prescription drugs or any way?

GOEN: The only drugs that he ever talked to me about was some sedatives that she was taking after Daniel passed away. And that was really all that I knew. I know he shared with me and she shared with me she was addicted to some drugs back in 1995 and that she went to a rehab facility and that's really all I knew as far as any type of drug abuse.

VAN SUSTEREN: Did she have any chronic pain?

GOEN: I know that she suffered from some back pain and some breast pain as a result of having implants that probably were quite a bit larger than they should have been.

VAN SUSTEREN: Did you think there was anything unusual about her relationship with Dr. Khris Eroshevich?

GOEN: I don't know. I guess somewhat unusual in which they seemed to be good friends at the same time. It's not often that you develop a friendship with a doctor but, on the other hand, Anna had difficulty trusting people and as a result, especially

doctors and all, and as a result, it took some time for her to have -- to gain confidence in someone.

VAN SUSTEREN: So, did you think it was unusual -- I mean, did you think it was inappropriate? I guess that's a better word.

GOEN: You know, I never saw anything inappropriate and I think now that you take a look at what actually was found, I mean, by all media accounts, I thought for sure Anna was going to have so many more drugs in her system, you know, they talk about this mountain of nine drugs. Well, the truth of the matter is five of the drugs were just as a result of her being sick that week, antibiotics, flu, Tylenol, Benadryl and I forget the other drug and there was the four therapeutic drugs. Out of the four one was in a little higher dose than normal and the other three were in therapeutic or low therapeutic ranges.

VAN SUSTEREN: So, you don't find anything unusual about that mixture?

GOEN: You know, I'm not a doctor. I've talked to doctors over the last day and a half to get a better sense for what the truth here is. You know, my interest, of course, is I have a fiduciary responsibility to the company, there has been these allegations that some of the drugs were related to weight loss, I wanted to look into that. Out of, you know, just -- if you'll balance it out, you take a look at those sedatives, the sedatives are related to weight gain is one of the side effects.

VAN SUSTEREN: And -- sorry to cut you off. Come back again, Alex, but we're running out of time. Always happy to have you, thank you, Alex.

GOEN: Thank you, Greta.

VAN SUSTEREN: Coming up, it's your chance to ask the questions tonight. What do you want to want to know from Dr. Perper and Dr. Schueler? They are right here to answer your questions -- your Anna Nicole autopsy questions.

And this is your last chance to e-mail ontherecord@foxnews.com. Do it right now.

And later, what happened to a 911 operator? A baffling mystery is unfolding in Georgia tonight. She is missing, her husband is a police officer. We have the latest ahead.

VAN SUSTEREN: There's much more ON THE RECORD ahead, but first let's go to our New York newsroom where my good friend Harris Faulkner is standing by with the other headlines -- Harris.

(NEWSBREAK)

VAN SUSTEREN: This is a FOX NEWS Alert. The Associated Press is reporting that gunman fleeing from a holdup seized a bus carrying more than 30 students and teachers in the Philippines. Hostage takers wrote on a piece of paper that they are holding 32 children and two teachers and are armed with grenades, an assault rifle and pistol. Police have surrounded the vehicle and officials said they are negotiating

with the attackers. Stay tuned to FOX NEWS CHANNEL, we will continue to bring you the latest on this breaking story.

All right, it's time for your Anna Nicole autopsy questions. You e- mailed them, so let's get right to it. Join us is Broward County chief medical examiner, Dr. Joshua Perper and chief toxicologist, Dr. Harold Schueler.

Welcome to both of you, gentlemen. Dr. Perper, let me get straight to you, the e-mails, I can't tell you, have just been pouring in for the two of you. I've never seen anything like it. Here is a common one I get, Dr. Perper. Doctor, did Howard Stern give Anna any meds on the day of her death -- Dr. Perper.

DR JOSHUA PERPER, BROWARD CO MEDICAL EXAMINER: There is no -- let's make the facts very clear, in the very beginning. Anna Nicole had nine drugs in her system, there were five which contributed to death. One of them, chloral hydrate, was not in slightly more in therapeutic level, was in high toxics/lethal level.

In addition to that, she had three other drugs which were benzodiazepines, against depression and anxiety. And also antihistaminic called Benadryl. Those were in therapeutic level and in combination of a high toxic level of chloral hydrate, they caused the death. An additional fact was the in here system were drugs which are used for weight control or control of obesity and those were the Topomax, the growth hormone, Vitamin B, the immunodepressant (ph) medication.

VAN SUSTEREN: Was she a...

PERPER: Now, regardless...

VAN SUSTEREN: go ahead, sir.

PERPER: Regardless of the wishes of the person, why did she took those drugs? Nevertheless, they are used in weight control, that's the fact.

VAN SUSTEREN: All right, here's a question I have. Dr. Schueler, in light of what Dr. Perper said, was she almost like a walking time bomb? Maybe she therapeutic level, but there were so many drugs that she became almost like a time bomb if you add one more drug to the mix -- this woman, you know, that this caused her death?

DR HAROLD SCHUELER, BROWARD CO CHIEF TOXICOLOGIST: Hello, Greta. Actually, you have to take into account that there are several issues going on here. You've got a woman who has a compromised immune system after being ill, then, on top of, that with probably compromised respiration with the benzodiazepines.

You've got three different benzodiazepines: Valium, Ativan, Klonopin, and the combination of the three together, even though in therapeutic amounts is significant, and then you add on top of that the toxic level that Dr. Perper eluded to of the chloral hydrate, having been probably using it for a couple weeks, but still, she -- that combination is going to -- would be a lethal combination for someone.

VAN SUSTEREN: All right, Dr. Schueler, a question from a viewer J.B. It says, "Were tests done on Anna's hair?" And if so, what would that -- what did that show, if they were done?

SCHUELER: No, we did collect hair samples for testing, but we did not do the testing because we were -- as part of the responsibilities of the medical examiner's office, were to determine cause and manner of death and it wasn't really our obligation or our responsibility...

VAN SUSTEREN: To do that.

SCHUELER: ...to actually go back in and check the drug history from Anna Nicole. Now, we did screen urine and bile. And the urine did indicate that there were no drugs of abuse that would probably be about a three to five-day retention for the urine...

VAN SUSTEREN: Let me quickly jump to Dr. Perper because of breaking news we're sort of short of time. Dr. Perper a lot of people asked if Anna Nicole -- about shooting in her buttocks if she were right handed how easy it would have been to inject herself as it was in her buttocks. Any problem with that, Dr. Perper?

PERPER: You have to remember that both buttocks had evidence of injection and damage to the tissue. The infection was only in the left buttock. Yes, it's possible that injection in the left buttock were done by someone else. It's not impossible, however, for a person to inject with his left hand in the left buttock but, yes, there is definitely a possibility that somebody else injected her in the left buttock.

VAN SUSTEREN: Let me ask you one quick question, bit neither injection, either buttocks was the drug that killed her, is that right?

PERPER: That's correct, the injection in the buttock did not -- didn't cause her death. That's correct.

VAN SUSTEREN: All right, we have some questions. I hope you will come back and do this, because we got so many questions. A lot of people are confused about this. Dr. Schueler, Dr. Perper, thank you both.

Coming up, Virgie Arthur is mad as hell tonight, all because of something Howard K. Stern did today. What did he do to get her all fired up? Virgie's lawyer John O'Quinn is here to tell us next.

And later, a Georgia 911 emergency operator may have an emergency of her own tonight. She's missing. Her husband is a police sergeant. The latest is ahead.

VAN SUSTEREN: Anna Nicole's mother is in the Bahamas. She is there for the inquest as to why her grandson died in a hospital room while visiting his mother in September. But something Howard K. Stern did today has Virgie all fired up. What happened? Joining us, Virgie Arthur's lawyer John O'Quinn.

John, why is your client mad today?

JOHN O'QUINN, VIRGIE ARTHUR'S ATTORNEY: Because she went to the inquest like many other people to see the evidence of what caused the death of her grandson, Anna Nicole's son, Daniel. And Stern came in with his lawyers and said: "Stop, stop, stop, stop. I don't want any media here. I want my lawyers to pick the jury that's going to make the decision" and a whole bunch of other stuff and there was no inquest today.

VAN SUSTEREN: So I guess she thinks he is putting up some blocks to getting this done, is that a fair way to describe this? In her opinion, at least?

O'QUINN: Exactly. You're right. There.

VAN SUSTEREN: OK. Now, Howard K. Stern is on the inquest list. John, of course, we all know you're a lawyer. What questions would you expect to be asked of him at the inquest into Daniel's death?

O'QUINN: I'd ask questions to be asked of him about drugs. Did he actually get prescriptions from doctors in his name to be given to Anna Nicole? Did he actually carry the dangerous drugs around in that duffel bag they had? And things of that nature.

VAN SUSTEREN: If your client -- is your client -- isn't currently on -- at least not on the witness list as we have it, but she -- I mean it may be that somehow her testimony becomes relevant or desired by someone, what would you expect as a lawyer? What kind of information could she add to this?

O'QUINN: The information she could add is that her daughter was perfectly -- she was a fine girl until she got in with Stern. All the things that Stern did to manipulate her and drive a wedge between the family members and Anna Nicole and the various ways in which Stern sought to manipulate Anna Nicole because really what he wanted was her money.

VAN SUSTEREN: How would that be relevant to Daniel's death?

O'QUINN: Motive. Daniel was -- had already figured things out. He was trying to get an investigator to -- hire an investigator to investigate Stern and he went to his mother to get the money and Stern learned of that and he decided he needed rid of Daniel.

VAN SUSTEREN: All right. John, you say very provocative things. As you know, on this show I've been taking to you task, but tomorrow night we're going to let the viewers ask you questions, see what you have to say about it.

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
Stern, Howard K.

## DEFENDANTS
O'Quinn, John M.

**07-60534-CIV-DIMITROULEAS**

**MAGISTRATE JUDGE SELTZER**

(b) County of Residence of First Listed Plaintiff ___ Los Angeles (California) ___
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ___
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

(See Attached)

Attorneys (If Known)

07cv60534WPD/BSS

(d) Check County Where Action Arose: ☐ MIAMI- DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☒ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO     b) Related Cases ☐ YES ☐ NO

JUDGE ___     DOCKET NUMBER ___

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 U.S.C. 1332 - Action for defamation brought by Mr. Howard K. Stern against Mr. John M. O'Quinn for false and defamatory statements.

LENGTH OF TRIAL via 14 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ ___

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
x ___

DATE
4/13/07

FOR OFFICE USE ONLY
AMOUNT 350.00     RECEIPT # 722637     IFP

## Attachment to Civil Cover Sheet

**Attorneys for Plaintiff:**

L. Lin Wood (attorney of record)
William V. Custer
Eric P. Schroeder
Nicole J. Wade
Luke A. Lantta
Benjamin T. Erwin
POWELL GOLDSTEIN LLP
1201 West Peachtree Street NW
Atlanta GA 30309
(404) 572-6600
(Application for Appearance Pro Hac Vice Pending)

M. Krista Barth
ERIC M. SAUERBERG, P.A.
200 Village Square, Suite 102
Palm Beach Gardens, FL 33410
(561) 776-0330