1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA


HOWARD K. STERN,              ) Case No.
                              ) 07-60534-Civ-DIMITROULEAS
              Plaintiff,      )
                              )
         -v-                  )
                              )
JOHN O'QUINN, et al.,         )
                              ) Miami, Florida
              Defendants.     ) June 25, 2008
_____) 10:08 a.m.
```

                              FILED by ABM D.C.
                              AUG 08 2008
                              STEVEN M. LARIMORE
                              CLERK U. S. DIST. CT.
                              S. D. of FLA. – MIAMI

                          Pages 1-64

            TRANSCRIPT OF HEARING ON MOTION TO DISMISS

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                       U.S. DISTRICT JUDGE


APPEARANCES:

For the Plaintiff      POWELL GOLDSTEIN LLP
                       BY: L. LIN WOOD, ESQ. (via speakerphone)
                       LUKE A. LANTTA, ESQ.
                       1201 West Peachtree Street, NW
                       One Atlantic Center - 14th Floor
                       Atlanta, Georgia   30309-3488
                                -and-
                       M. KRISTA BARTH, ESQ.
                       200 Village Square Crossing
                       Palm Beach Gardens, Florida   33410

For the Defendants     STEPHENS LYNN KLEIN & McNICHOLAS
                       BY: ROBERT M. KLEIN, ESQ.
                       9130 South Dadeland Boulevard
                       Penthouse I & II
                       Miami, Florida   33156

REPORTER:              WILLIAM G. ROMANISHIN, RMR, CRR
(305) 523-5558         Official Court Reporter
                       400 North Miami Avenue
                       Miami, Florida   33128


              STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 07-60534-CV-WPD

☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☑ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER=