UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60534-CIV-DIMITROULEAS/ROSENBAUM

HOWARD K. STERN,

    Plaintiff,

vs.

JOHN M. O'QUINN and
JOHN M. O'QUINN & ASSOCIATES PLLC
d/b/a The O'Quinn Law Firm,

    Defendants.
_____/

**CONFIDENTIALITY ORDER**

    This matter comes before the Court upon the parties' Stipulation to Enter Into Consent Protective Order Governing Confidential and Highly Confidential Information. [D.E. 161]. The Stipulation indicates that the parties have agreed to terms contained within the Consent Protective Order in relation to the production of documents and other discovery in this matter. After reviewing the Stipulation, along with the proposed confidentiality provisions, and the file in this case, the Court finds that good cause exists for the Court to enter a Confidentiality Order pursuant to Fed.R.Civ.P. 26(c). Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

    1.    The parties' request for entry of the Consent Protective Order [D.E. 161] is hereby **GRANTED**.

    2.    The attached agreement[1] shall be incorporated within this Confidentiality Order and the terms shall be binding and enforceable against the parties and all other persons subject to this

---

[1] The Court has made a minor change to paragraph VI.10 on page 19 of the Order, from what the parties submitted. The Court believes the change to be consistent with the parties' intent.

Order.

**DONE** and **ORDERED** at Fort Lauderdale, Florida this 4th day of September, 2008.

_____
ROBIN S. ROSENBAUM
United States Magistrate Judge

cc:    Honorable William P. Dimitrouleas
       counsel of record