UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. : 07-60534-CIV-DIMITROULEAS

HOWARD K. STERN,

                                      Magistrate Judge Rosenbaum

    Plaintiff,

vs.

JOHN M. O'QUINN and
JOHN M. O'QUINN & ASSOCIATES PLLC
d/b/a The O'Quinn Law Firm,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the parties' Stipulation for Entry of Dismissal with Prejudice, [DE 248] filed on December 1, 2008.  The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Stipulation for Entry of Dismissal with Prejudice [DE 248] is hereby **APPROVED**;

2. The above-styled action is hereby **DISMISSED** with prejudice;

3. The Court shall retain jurisdiction to enforce the Mediation Settlement Agreement, including, but not limited to, its confidentiality provisions, and to enforce the Confidentiality Order [DE 168] currently in effect;

4. The Clerk shall close this case;

5. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of December, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record